B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO | YALI ACEVEDO FELICIANO ET ALS. BANCO POPULAR DE PUERTO RICO |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| C. CONDE & ASSOC. SAN JOSE ST. #254 SUITE 5 SAN JUAN, PR. 00901 TEL.: 787-729-2900 | BAUZA, BRAU, IRRIZARRY, OJEDA & SILVA PO BOX 13669 SAN JUAN, PR 00908 TEL.: 787-710-8262 |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin | ☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin |
| ☐ Creditor ☐ Other | ☒ Creditor ☐ Other |
| ☐ Trustee | ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

REQUEST FOR EXTENSION OF AUTOMATIC STAY PROVISIONS UNDER 11 USC 105; REQUEST FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND PERMANENT INJUNCTION; VIOLATION OF THE AUTOMATIC STAY PROVISIONS UNDER 11 USC 362 AND SANCTIONS UNDER 11 USC 105

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☒ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $   TO BE DETERMINED BY THE COURT |

Other Relief Sought

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||
|---|---|---|
| NAME OF DEBTOR<br>ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO | BANKRUPTCY CASE NO.<br>18-04911 (EAG) ||
| DISTRICT IN WHICH CASE IS PENDING<br>PUERTO RICO | DIVISION OFFICE<br>SAN JUAN | NAME OF JUDGE<br>HON. EDWARD A. GODOY |
| RELATED ADVERSARY PROCEEDING (IF ANY) |||
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) |||
| DATE<br>09/03/2018 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>CARMEN D. CONDE TORRES, ESQ.<br>LUISA S. VALLE CASTRO, ESQ. ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br><br>**ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO**<br><br>Debtor | **CASE NO: 18-04911 (EAG)**<br><br><br>**CHAPTER 11** |
| **ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO**<br><br>Plaintiff<br><br>**V**<br><br>**YALI ACEVEDO FELICIANO et als.**<br><br>Defendants<br><br>**BANCO POPULAR DE PUERTO RICO**<br><br>Party in Interest | **ADVERSARY PROC. NO. _____**<br><br><br><br><br>**REQUEST FOR EXTENSION OF AUTOMATIC STAY PROVISIONS UNDER 11 USC 105; REQUEST FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND PERMANENT INJUNCTION; VIOLATION OF THE AUTOMATIC STAY PROVISIONS 11 USC 362 AND SANCTIONS UNDER 11 USC 105** |

## COMPLAINT FOR A PRELIMINARY INJUNCTION, PERMANENT INJUNCTIVE RELIEF AND VIOLATION OF THE AUTOMATIC STAY

**TO THE HONORABLE COURT:**

**COMES NOW**, the Debtor, Arquidiócesis de San Juan de Puerto Rico ("The Archdiocese"), through the undersigned attorney and very respectfully STATES and PRAYS:

### INTRODUCTION

*The Archdiocese is an unincorporated religious association and ecclesiastical territory or diocese of the Roman Catholic Church, limited to the northeast portion of the island of Puerto Rico. It was canonically erected on August 8, 1511. It was originally known as the Diocese of*

1

Puerto Rico. On November 21, 1924 its name was changed to the Diocese of San Juan in Puerto Rico, upon the creation of a separate entity;  the Diocese of Ponce. Thereafter, with the creation of the Diocese of Arecibo on April 30, 1960, San Juan was raised to the status of an "archdiocese" in part due to the large area and population it served, with an Archbishop appointed to lead the ecclesiastical territory. Thereafter, the Diocese of Caguas was canonically erected on November 4, 1964, the Diocese of Mayaguez on March 1, 1976 and the Diocese of Fajardo-Humacao on May 11, 2008.

The Archdiocese of San Juan is currently composed of six (6) episcopal geographical regions as follows: (i) Vicary of Bayamón, (ii) Vicary of Carolina, (iii) Vicary of El Toa and La Plata, (iv) Vicary of Guaynabo/Puerto Nuevo, (v) Vicary of Río Piedras and (vi) Vicary of San Juan/Santurce.  There are approximately 142 Parishes, also separate entities, and 134 chapels dedicated to the religious mission of the Catholic Church located within the vicaries.

Currently, the Archdiocese has 66 direct employees[1], providing also approximately 200 indirect jobs. Nevertheless, it is of utmost importance that aside from the direct and indirect jobs that the Archdiocese provides, its outreach impacts approximately 1,000,000 Catholics through the associated parishes, chapels, catholic schools, special institutions, seminars, homes and sanctuaries.

On August 29, 2018, the Archdiocese filed for relief pursuant to the provisions of Chapter 11 of the Bankruptcy Code.  The Archdiocese's Chapter 11 bankruptcy filing was prompted by the series of pre-judgment attachments made on account of an order entered by the First Instance Court, San Juan Part in the Cases Yalí Acevedo Feliciano et als. v. Iglesia Católica Apostólica y

---

[1] There are 75 employees considering the employees of Radio Paz, a related party to the Archdiocese.

2

Case:18-04911-EAG11   Doc#:26   Filed:09/03/18   Entered:09/04/18 03:04:19   Desc: Main
Document    Page 5 of 67

*Romana et als., Case No.: SJ2016cv00131, Sonia Arroyo Velázquez et als. v. Iglesia Católica*

*Apostólica y Romana et als, Case No.: SJ2016cv00143 and Elsie Alvarado Rivera et als. v. Iglesia*

*Católica Apostólica y Romana et als, Case No.: SJ2016cv00156 on March 27, 2018 ("The State*

*Court Litigation"). These attachments not only were made to the bank accounts of the Archdiocese*

*in Banco Popular de Puerto Rico ("BPPR"), but also to the BPPR bank accounts of the Parishes*

*that are located within the archdiocese. The Parishes were never a party to the State Court*

*Litigation and yet, due to the unlawful attachments made on their accounts they are currently*

*facing a dire financial situation which has led them to practically cease operations. These*

*attachments were approximately in the amount of $4.7M of which approximately $3.8M is an*

*administrative freeze imposed to the accounts of the Parishes.*

*Upon the filing of the Archdiocese's bankruptcy petition the State Court Litigation was*

*stayed by the Court of First Instance. BPPR released the funds under the EIN number of the*

*Archdiocese.[2] Nevertheless, BPPR requires a Court Order to release administrative freeze over*

*the funds that belong to the Parishes due to the threats made by the Defendants should the funds*

*be released. The administrative freeze in the BPPR accounts implemented as a result of the pre-*

*judgment attachment order, has left the Parishes with no money to operate since their account*

*balances have been frozen. The Parishes as of this date have no access to the funds in their bank*

*accounts.*

*Even though the Archdiocese and the Parishes are separate entities they are interrelated.*

*Approximately 14% of the Archdiocese' income comes from the Parishes. If the Parishes are*

---

[2] The amount of $606,569.13 was attached by the Marshal of the First Instance Court, San Juan Part. Upon the filing of the bankruptcy petition the Archdiocese requested that the Marshal return these funds and the Marshal has refused to return the same.

3

rendered unable to operate, this will definitely affect the income of the Archdiocese and thus its ability to reorganize and provide payment to its creditors. More importantly, the Archdiocese may be rendered unable to continue the mission that it has conducted in Puerto Rico for over 500 years.

The Archdiocese also serves as guarantor to the Parishes in over $6.5M loans owed to BPPR, among other guarantees provided to other banks. If the Parishes are unable to comply with their financial obligations to the banks because their funds remain frozen due to the pre-judgment attachment of the Defendants, these amounts will be claimed to the Archdiocese's estate. Furthermore, the Archdiocese has an institutional obligation to assist the Parishes to continue the Catholic mission under the Archdiocese.

The prolongation of the administrative freeze of the accounts of the Parishes leads the Archdiocese no other alternative than to seek injunctive relief from this Honorable Court on urgent basis, in order to stop the irreparable harm being suffered by the Parishes and ultimately the Archdiocese and their mission. The only remedy in law available to the Parishes at this juncture is the extension of the automatic stay provisions to the Parishes and entry of an Order to BPPR to release the administrative freeze over the funds held at their respective accounts. The Parishes need the funds held at BPPR in order to operate, comply with their immediate financial obligations to their creditors, avoid interruption of essential services, be able to fulfill their mission to their congregations and provide the Archdiocese with their contribution. Moreover, the Parishes have the obligation to pay the health insurance and maintenance of the priests. If the Parishes do not have the funds to make such payments, the Archdiocese has the obligation to provide for such payments. This would constitute an administrative expense of the Archdiocese. Therefore,

4

*immediate access to the funds under administrative freeze in the BPPR accounts of the Parishes,*
*is an urgent remedy.*

## JURISDICTION

1.  The jurisdiction of this Honorable Court arises from 28 USC 157 and 1334 and 11 USC
    105, 11 USC 362, which allow the Court to issue any order which is necessary and
    appropriate to carry out the provisions of the Bankruptcy Code.

## THE PARTIES

2.  The Archdiocese is an unincorporated Catholic religious association under EIN 66-
    0198351. **Exhibit 1.** Its address is PO Box 9021-967, San Juan, PR 00902-1967.

3.  The Defendants Yalí Acevedo Feliciano and the other 183 people identified in **Exhibit 2**
    (hereinafter "Defendants") are Plaintiffs in cases No.: SJ2016cv00131, SJ2016cv00141
    and SJ2016cv00156 filed in 2016 at the First Instance Court, San Juan Part ("The State
    Court Litigation"). They have already filed a Notice of Appearance in the bankruptcy case
    through their legal counsel, German J. Brau Ramírez, whose address is PO Box 13669, San
    Juan, PR 00908.

4.  Banco Popular de Puerto Rico ("BPPR") is a financial institution duly authorized to do
    business in Puerto Rico. Its address is 209 Muñoz Rivera Avenue, Popular Center
    Suite 913, Hato Rey, PR 00918. The Archdiocese joins BPPR to this adversary proceeding
    solely as a party in interest due to the fact that it is the entity which has been ordered to
    place an administrative freeze over the bank accounts at the behest of the Defendants'
    request, and to allow this Court to order the BPPR to release the funds held in an
    administrative hold.

5

## THE FACTS

5.   The Archdiocese is an unincorporated Catholic religious association, comprising the northeast portion of the island of Puerto Rico.  It was canonically erected by Pope Julius II on August 8, 1511.  What is known today as the Archdiocese of San Juan, was named at that time the Diocese of Puerto Rico. On November 21, 1924 its name was changed to the Diocese of San Juan in Puerto Rico, upon the creation of the Diocese of Ponce. With the creation of the Diocese of Arecibo on April 30, 1960, San Juan was raised to the status of an archdiocese, with the new Archbishop leading the ecclesiastical territory.  Thereafter, the Diocese of Caguas was canonically erected on November 4, 1964, the Diocese of Mayaguez on March 1, 1976 and the Diocese of Fajardo-Humacao on May 11, 2008.

6.   The Archdiocese of San Juan is composed of six (6) episcopal geographical regions as follows: (i) Vicary of Bayamón, (ii) Vicary of Carolina, (iii) Vicary of El Toa and La Plata, (iv) Vicary of Guaynabo/Puerto Nuevo, (v) Vicary of Río Piedras and (vi) Vicary of San Juan/Santurce.  There are approximately 142 parishes and 134 chapels dedicated to the religious mission of the Catholic Church located within the vicaries.  **Exhibit 3**

7.   Currently, the Archdiocese has 66 direct employees, providing also approximately 200 indirect jobs. Nevertheless, it is of utmost importance that aside from the direct and indirect jobs that the Archdiocese provides, its outreach impacts approximately 1,000,000 Catholics through the associated parishes, chapels, catholic schools, special institutions, seminars, homes and sanctuaries.

8.   On August 29, 2018, the Archdiocese filed for relief pursuant to the provisions of Chapter 11 of the Bankruptcy Code.  Since then, it has remained as Debtor in Possession, in

6

compliance with all the requirements of the Bankruptcy Code and the US Trustee guidelines.

9.    The Archdiocese's Chapter 11 bankruptcy filing was prompted by the series of pre-judgment attachments made on account of an order entered by the First Instance Court, San Juan Part in the State Court Litigation.

10.    The State Court Litigation is centered on claims made by several beneficiaries to a multiple employer Pension Plan created by the Superintendence of the Catholic Schools of the Archdiocese of San Juan which was terminated in 2016. The Archdiocese was one of the participating employers. As of this date there is no adjudicated liability to any of the employers of the Pension Plan, nor has the case even gone to trial. Furthermore, the Parishes were not a named defendant in this case, nor were they an employers under the Plan.

11.    Within one (1) week prior to the bankruptcy filing, Defendants caused the attachment of certain accounts holding the approximate amount of $4.7M. These attachments were effected against the accounts of the Archdiocese and the Parishes, who were never part of the litigation.

12.    The majority of the funds are currently held in bank accounts located in BPPR which are currently subject to an administrative freeze. Of these funds $3.8M are funds of the Parishes of the Archdiocese. **Exhibit 4** There are still also certain funds of the Archdiocese that were garnished through the Marshal's Office of the Court of First Instance of Puerto Rico, San Juan Part.

7

13.  In sum the total amounts that were garnished or subject to an administrative freeze are as follows[3]:

a.  21 accounts under Archdiocese's EIN and name in the total amount of $606,569.13. These amounts were attached and a check was given to the marshal by BPPR for this amounts.[4] **Exhibit 5**

b.  12 accounts with the Archdiocese's EIN, but in the name of related third parties, in the total amount of $341,449.61. The attachment of the funds in these accounts was unperfected at the time of the bankruptcy filing. Therefore the funds were "released".[5] **Exhibit 6**

c.  At least 160 accounts under the EIN and name of the Parishes in the total amount of $3.8M. These although the attachment on these funds is unperfected, the accounts are currently subject to an administrative freeze pending entry of an order by this Court.[6]

14.  On the date of the filing of the bankruptcy petition the Archdiocese, through counsel, contacted BPPR in order to request the release of all of the frozen funds. **Exhibit 8**

15.  Upon the filing of the Archdiocese's bankruptcy petition the State Court Litigation was stayed by the Court of First Instance and the case was closed. **Exhibit 9**[7]

---

[3] These amounts were provided by BPPR but may be subject to change and verification by the Archdiocese.
[4] After the automatic stay was entered, these funds have been requested but the Marshal has refused to return the same.
[5] Even though BPPR informed the Archdiocese that it had "released" these accounts, the Archdiocese has been informed that BPPR has denied access to these funds.
[6] BPPR requested on three (3) occasions that the state court clarify the extent of the attachment order to no avail. **Exhibit 7.** The Debtor requests authorization of this Honorable Court to submit this document in the Spanish language at this time and that it be allowed to submit a certified translation within the next thirty (30) days.
[7] The Debtor requests authorization of this Honorable Court to submit this document in the Spanish language at this time and that it be allowed to submit a certified translation within the next thirty (30) days.

16.   BPPR "released" the funds that were under the EIN number of the Archdiocese.[8]
Nevertheless, as a result of the pre-judgment attachment order, BPPR has maintained the
administrative freeze of at least 160 accounts of the Parishes. The Parishes have little or no
money to operate since their account balances have been frozen.

17.   Upon information and belief, after the filing of the bankruptcy petition the Defendants,
through counsel, have sought to enforce the attachment order and threatened BPPR with
litigation, should the bank release the funds of the Parishes.

18.   The inability of the Archdiocese and the Parishes to access the funds has severely impacted
the entire operation and mission of the Parishes and the Archdiocese.

19.   The Parishes need on urgent basis to have access to the frozen funds in the BPPR accounts
to continue with their operation and their Catholic mission. The lack of funds to operate
causes irreparable harm to the Parishes and consequently to the Archdiocese.

20.   The Archdiocese needs to maintain its operation in order for the Catholic mission of the
Church to evangelize through the Parishes.  If the Parishes close because they cannot
operate due to the lack of funds, the operations and mission of the Archdiocese will be
hampered.  This will not only impact the Archdiocese and the Parishes, but also
approximately 1,000,000 Catholics in the Archdiocese of San Juan.

21.   Moreover, the economic condition of the Archdiocese will worsen since BPPR will claim
to the bankruptcy estate approximately $6.5M in loans given to the Parishes and guaranteed

---

[8] As stated above, even though BPPR informed the Archdiocese that it had "released" these accounts, the Archdiocese
has been informed that BPPR has denied access to these funds.

9

by the Archdiocese. Also, the Archdiocese will be subject to claims from other banks to which it has given guarantees on behalf of loans provided to the Parishes. **Exhibit 10**

22. Furthermore, the Parishes provide significant income to the Archdiocese. Should the Parishes stay the contributions to the Archdiocese, it will have less funds available to provide payment to its creditors through a Plan of Reorganization.

**FIRST CASUE OF ACTION**
**ENTRY OF A PRELIMINARY INJUNCTION EXTENDING THE AUTOMATIC STAY TO THE PARISHES AND THEREAFTER A PERMANENT INJUNCTION**

23. The Archdiocese reaffirm as if literally transcribed paragraphs 1-22 of the Complaint.

24. A request for *extension* of the *automatic stay* provisions of Section 362(a) to a non debtor constitutes an action for injunctive relief. In re Bora Bora, 424 B.R. 17, 24-25 (Bankr. D.P.R., 2010); See also Alan N. Resnick and Henry J. Sommer, 3 Collier on Bankruptcy, ¶362.04[1] (16th ed. 2010)("Rule 7001(7) provides that a request for injunctive relief is governed by part VII of the Bankruptcy Rules. This will mean that when the automatic *stay* of section 362 does not apply, injunctive relief will have to be sought by filing a complaint initiating an adversary proceeding and then seeking a temporary restraining order").

25. The Courts may enjoin certain actions not subject to the automatic stay, such as an action against non debtor parties, has been recognized, when such action is interfering improperly with the purposes of the bankruptcy law or the debtor's reorganization efforts. In re Bora Bora Inc., 424 B.R. 17, 23 (Bankr. D.P.R. 2010) citing A.H. Robins Co., Inc. v. Piccinin, 788 F. 2d 994 (4th Cir. 1986).

26. Although called an extension of the automatic stay provisions of the Bankruptcy Code to non-debtor parties, these are in fact injunctions issued by a bankruptcy court under 11

10

U.S.C. §105(a), after determining that the situation requires it in order to protect the interests of the bankruptcy estate. In re Cincom iOutsource, Inc., 398 B.R. 223, 227 (Bankr. S.D. Ohio, 2008).

27. Under the Code, broad injunctive power is available under section 105, and the Court may use its discretion to extend the automatic stay to the Parishes under "extraordinary circumstances" like the ones being currently faced by these related parties to the Debtor.

28. The court in analyzing whether to extend the protection of the automatic stay to the parishes must determine if the requirements of both Sections 362(a) and 105(a) are satisfied. In re Bora Bora Inc., 424 B.R. at 24 referencing In re Philadephia Newspapers, LLC, 407 B.R. 606 (E.D. Pa. 2009).

29. Section 105(a) of the Code provides the substantive authorization for the bankruptcy court's injunctive powers. Ahern and MacLean, Bankruptcy Procedure Manual, 2002 Ed., §7065.02.

30. Federal Rule of Civil Procedure 65(a) governs the issuance of preliminary injunctions. FRCP 65(a). Bankruptcy Rule 7065 makes Rule 65 of the Federal Rules of Civil Procedure applicable to adversary proceedings. FRBP 7065. Courts typically consider the following factors in issuing a preliminary injunction:

   a. that plaintiff will suffer irreparable injury if the injunction is not granted- If the Parishes cease their mission because they cannot operate due to the lack of funds, the operations of the Archdiocese and the Catholic mission of the Church in the Archdiocese will be frustrated, impacting approximately 1,000,000 Catholics.

11

b.    that such injury outweighs any harm which granting injunctive relief would inflict on the defendant- The unprecedented harm to the Archdiocese and its mission outweighs any monetary harm that the Defendants may suffer.

c.    that plaintiff has exhibited a likelihood of success on the merits- It is evident that the relationship of the Archdiocese with the Parishes and the interdependence in their operations and the Catholic mission warrants that the protection of the automatic stay be extended to the Parishes in order to avoid irreparable injury to the Parishes and consequently to the Archdiocese. If the Parishes are not protected at this juncture of the case, the reorganization of the Archdiocese would most likely be severely hindered in detriment of all creditors.

d.    that the public interest will not be adversely affected by the granting of the injunction.- The public interest WILL NOT be adversely affected. On the contrary, the relief requested protects the public interest of approximately 1,000,000 Catholics in the Archdiocese of San Juan whose ability to congregate and practice their faith will be protected. See Sunshine Development Inc. v. Federal Deposit Inc. Corp., 33 F.3d 106, 110-111 (1st Cir. 1994) (citing Narragansett Indian Tribe v. Guilbert, 934 F.2d 4, 5 (1st Cir. 1991); Aoude v. Mobil Oil Corp., 862 F.2d 890, 892 (1st Cir. 1988)); In re Public Serv. of N.H., 98 B.R. 120, 121 (Bankr. D.N.H. 1990); In re Metrobility Optical Sys., 2001 BNH 42 (Bankr. D.N.H. 2001).

31.    The main purpose of this injunctive relief is to prevent unprecedented harm and disastrous consequences to the Archdiocese, the Parishes, the Catholic mission in the Archdiocese of San Juan as a whole, and most importantly the ability of the parishioners to practice their

12

faith. This relief is to prevent future acts or omissions that constitute violations of the law or harmful conduct. United States v. Oregon Med. Soc., 343 US 326 (1952)

32. Up to this date the Debtor and the Parishes face a financial crisis, which includes, but is not limited to:

    a. Imminent hampering of operation of the Parishes which would redound in extreme limitation of the Catholic mission and the services provided to approximately 1,000,000 Catholics in the San Juan Archdiocese

    b. Erosion of confidence in the Debtor and its Parishes by the public;

    c. Delay in the on-time payment of the payroll of the employees of the Parishes needed to maintain the operations in the Parishes.

    d. The lack of payroll payments has again impacted the stability of the staff of the Parishes and their ability to comply with their independent financial commitments.

    e. The possible resignations of the employees the Parishes could most likely result in the closing of the Parishes or limitation of their services and their ability to continue with their mission and impacting the Archdiocese with its duty to provide its services to the Catholic community.

    f. The inability of the Parishes to provide payment to the health plan which covers not only the employees but also the active priests and the retired priests, some which have health conditions that require immediate care and attention.

13

g.  The inability of the Parishes to comply with their financial obligations to their respective secured creditors, including but not limited to utilities, mortgages, governmental institutions and other vendors.

h.  The ability of the Parishes to conduct the charitable services and assistance that they provide to the homeless and underprivileged population in the archdioceses, including but not limited to programs like Cáritas, who helps those residents of Puerto Rico who lack sufficient means to have the basic needs like food, water, clothing and shelter. There are 91 Parishes that have a Cáritas program.  The Cáritas program impacts hundreds of thousands of people in need.

i.  The income of the Archdiocese will also be affected since approximately 14% of the Archdiocese's income comes from the Parishes.  Thus, the reorganization process will be affected since the funds available to pay creditors will be reduced.

j.  If the Parishes do not have immediate access to the funds that have been frozen in their BPPR accounts, their daily operations will be heavily impacted, including but not limited to the payments for maintenance, utilities, food, transportation etc.  This does not include the impact to their Catholic mission.  This will in turn have a direct impact in the operations of the Archdiocese and in its reorganization.

k.  Moreover, the Parishes have the obligation to pay the health insurance and maintenance of the priests.  If the Parishes do not have the funds to make

14

such payments, the Archdiocese has the obligation to provide for such payments.

33. In order to preserve the rights of the Archdiocese and the Parishes and to prevent irreparable injury pending a final determination on the merits of the complaint, it is urgent and of extreme necessity that a preliminary injunction be issued extending the automatic stay to the Parishes and providing access to the Parishes of the funds in the BPPR frozen accounts. This urgent remedy will not harm the public interest, on the contrary, it will operate in the benefit, of Archdiocese's reorganization process through the stability of the Parishes. The injunctive relief will also benefit approximately one million Catholics throughout the archdiocese.

34. The unprecedented and catastrophic injury suffered by the Archdiocese and the Parishes outweighs any damage that the Defendants may suffer, since theirs _is a pre-judgment attachment in a case where there is no liability established as of this time._ Furthermore, any concern that Defendants may have had regarding their inability to collect any amounts on account of a final judgment that they may achieve in the future, if any, from the assets of the Archdiocese is duly protected within the bankruptcy process and the safeguards provided by the Court and the Office of the United States Trustee.

35. The Archdiocese has the obligation under the Code to submit under penalty of perjury the Schedules, Statement of Financial Affairs and the Monthly Operating Reports which provide on a monthly basis a detail with the supporting evidence of the income and disbursement of the Archdiocese.

36. Furthermore, the Archdiocese may not dispose of property outside of the ordinary course of business without the authorization of the Court. Therefore, Defendants will suffer no harm if the automatic stay is extended to the Parishes and the funds in the accounts are released. On the contrary, the continued operation of the Parishes and the economic benefit they provide to the Archdiocese benefits all creditors, including the Defendants.

37. The Archdiocese will prevail on the merits of this Complaint. It is an undisputed fact that even though the Parishes and their operation are separate, they are interdependent to the Archdiocese.

38. As stated above, the Archdiocese is a guarantor to the Parishes in over $6.5M in loans with BPPR. The Archdiocese is also a guarantor to the Parishes with other banks. If the Parishes are unable to provide payment to these loans, the Archdiocese, as guarantor to BPPR and the other banks will have this additional financial obligation, thus increasing the claims against the estate and the litigation which may arise in the bankruptcy proceedings that may be related to these claims.

39. Currently the majority of the Parishes have little or no disposable funds available. All of their funds were deposited in the BPPR accounts currently subject to the administrative freeze.

40. Moreover, due to the religious and economic relationship between the Archdiocese and the Parishes created by Canon law, the Archdiocese has an institutional obligation to reach the Catholic faithful through the Parishes in order to avoid the hampering of the Catholic mission in the archdiocese. Furthermore, the financial interaction between the Parishes and the Archdiocese is essential for their mission.

16

41. The extension of the automatic stay to the Parishes for the limited purpose of protecting it from further attachments by the Defendants and releasing the funds in the BPPR accounts that are currently subject to an administrative freeze, <u>is urgent and indispensable</u>.

42. This is a case that has unusual circumstances which warrants and supports the extension of the automatic stay to the Parishes for the limited purpose of the release of the funds in the attached BPPR accounts and to avoid additional future embargoes by the Defendants.

## SECOND CAUSE OF ACTION
## VIOLATION OF THE AUTOMATIC STAY PROVISIONS UNDER 11 USC 362

43. All allegations contained in paragraphs 1-42 are herein reaffirmed and referenced as if literally transcribed.

44. Section 362 (a) of the Bankruptcy Code provides in the relevant part as follows:

(a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title… operates as a stay, applicable to all entities, of--

(1) <u>the commencement or continuation</u>, including the issuance or employment of process, <u>of a judicial</u>, administrative, or other <u>action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title</u>, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor <u>or against property of the estate</u>, of a judgment obtained before the commencement of the case under this title;

(3) any act <u>to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate</u>;

(4) any act <u>to create, perfect, or enforce any lien against property of the estate</u>;

(5) any act to create, perfect, or <u>enforce against property of the debtor any lien to the extent that such lien secured a claim that arose before the commencement of the case</u> under this title

17

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title' (Our Emphasis)

45.   Section 541 of the Bankruptcy Code defines "Property of the Estate" as:

(1) ...all legal or equitable interests of the debtor in property as of the commencement of the case.
......
(6) Proceeds, product, offspring, rents, or profits of or from property of the estate...

46.   The Defendants have incurred in post petition actions which affect the finances of the Archdiocese, Archdiocese's rights and Archdiocese's interest in the Parishes as well as the bankruptcy estate.

47.   The actions of the Defendants, through counsel,  to maintain the administrative freeze of the accounts of the Debtor and the Parishes in BPPR is in retaliation of the filing by the Debtor of the petition for relief under the provisions of Chapter 11 of the Bankruptcy Code. Thus, they are in violation of the automatic stay provisions. The Defendants had knowledge of the bankruptcy filing and yet they proceeded to inform BPPR of litigation, should the funds be released from their administrative freeze. Due to these communications, even though BPPR "released" certain accounts, as of this date, access and use of those funds has been denied.  Thus, the actions of the Defendants constitute a willful violation of the automatic stay.

48.   The Defendants' actions, in blatant disregard to the protections afforded to the Debtor by Section 362 of the Bankruptcy Code, are a violation of the automatic stay provisions. Sanctions and damages should be imposed.

18

49. The Defendants' actions demonstrate disrespect for the automatic stay and the bankruptcy court, who is the entity in charge of protecting the same.

50. A bankruptcy court may award the corresponding damages to a corporate entity debtor for violation of the automatic stay under its contempt powers pursuant to 11 U.S.C. §105(a). The Archdiocese requests that sanctions in the amount this Honorable Court deems reasonable, plus costs and attorney's fees be imposed.

51. It is clear established law that the bankruptcy court has the authority to award sanctions to a creditor which violates the automatic stay provisions under its equitable powers under Section 105 of the Bankruptcy Code. In re: Del Mission, Inc., 98 F. 3d. 1147 (9th Cir. 1996), In re: H Granados Communications, Inc., 503 BR 726, (BAP 9th Cir. 2013).

## BOND REQUIREMENT

52. Pursuant to the provisions of 11 U.S.C. 7065, a temporary restraining order or preliminary injunction may be issued on application of a debtor, trustee, or debtor in possession without compliance with the requirements for security under F.R.Civ. P. 65(c).

53. In support of this Compliant the Archdiocese is submitting an unsworn declaration under penalty of perjury of Father Alberto Figueroa, the General Vicar of the Archdiocese.

**Exhibit 11**

**WHEREFORE**, the Archdiocese respectfully requests this Honorable Court that it grant this Complaint and provides the following remedies:

1. Enters a preliminary injunction and thereafter a permanent injunction, pursuant to Federal Rule of Civil Procedure 65(a) and Federal Rule of Bankruptcy Procedure 7065,

19

extending the protection of the automatic stay to the Parishes located in the Archdiocese of San Juan listed in Exhibit 2.

2. Enters a preliminary injunction and thereafter a permanent injunction, pursuant to Federal Rule of Civil Procedure 65(a) and Federal Rule of Bankruptcy Procedure 7065, enjoining the Defendants from attaching the funds of the parishes.

3. Enters a preliminary injunction and thereafter a permanent injunction, pursuant to Federal Rule of Civil Procedure 65(a) and Federal Rule of Bankruptcy Procedure 7065, ordering BPPR to release the attached funds in the accounts of the Parishes and any of the accounts of the Archdiocese subject to the administrative freeze detailed in Exhibit 3.

4. Determine that the Defendants have violated the automatic stay provisions.

5. Impose sanctions on the Defendants for the damages caused to the Archdiocese and the Parishes in an amount this Honorable Court deems reasonable.

6. Orders the Defendants to pay the Archdiocese attorney's fees and costs related to this litigation.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 3rd day of September, 2018.

*The remainder of this page is intentionally left blank.*

20

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF System, which will send notification of such filing to the parties detailed below registered to receive Notice including the US Trustee, to counsel for the Defendants, German Brau, Esq. and to counsel for BPPR Hermann Bauer, Esq.

**C. CONDE & ASSOC.**
Attorney for Debtor
San Jose Street #254, 5th Floor
San Juan, PR 00901-1253
Tel: (787) 729-2900
Fax: (787) 729-2203
Email: condecarmen@condelaw.com
*S/Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
USDC No.: 207312
*S/Luisa S. Valle Castro*
Luisa S. Valle Castro, Esq.
USDC No.: 215611

21




**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

EXHIBIT 1

SMALL BUSINESS/SELF-EMPLOYED DIVISION
Insolvency East, Territory 8, Group 4
**City View Plaza II**
**48 Carr 165, Suite 2000**
**Guaynabo, PR 00968-8000**

Date: August 31, 2018

Person to contact:
Nathalie Pelaez

Employee Identification Number:
314176

Telephone Number:
787-522-1806

RE: Roman Catholic Church in Puerto Rico
Arzobispado de San Juan
EIN 66-0198351

Chapter 11 - 18-04911

EIN Letter

This is in response to your telephone request for information about your Employer Identification Number (EIN).

Our records indicate that you have been assigned EIN 66-0198351. Please keep this number in your permanent records. Your name and EIN, as shown above, should be entered on all Federal income tax forms, as well as all correspondence or documents submitted to the IRS. Other government agencies may also require you to provide your EIN on forms you submit to them.

Sincerely,

Nathalie Pelaez,
Bankruptcy Specialist

TOTAL P.02



## LIST OF PLAINTIFFS

1.  Yalí Acevedo Feliciano, John A. Williams Bermúdez and their conjugal partnership

2.  Juan D. Albarrán Rodríguez

3.  Carmen M. Almódovar Oliva

4.  Miguel E. Alonso Reyes, Mary L. De Graux Villafaña and their conjugal partnership

5.  Iraida Alvarado Garcés

6.  Luis Aponte Santiago, Lourdes Isern and their conjugal partnership

7.  Milagros Arroyo Reyes, José A. Solís Ríos and their conjugal partnership

8.  Enid Ávila Cardona, Boris Corujo Orraca and their conjugal partnership

9.  Ana Ayala Torres, Ramón Ortiz and their conjugal partnership

10. Esther C. Barrera

11. Gloria Caraballo Figueroa, Jorge Luis Leavitt and their conjugal partnership

12. Gloria M. Cerra Quiñones, Jaime López Díaz and their conjugal partnership

13. Ernesto N. Chiesa Figueroa, María E. Báez Bello and their conjugal partnership

14. Vilmarie Chiroldes Carbia

15. Mayradagmar Colón Nieves

16. Ramonita Covas Bernier

17. Maria M. Cruz Cassé, José F. Umpierre Rivera and their conjugal partnership

18. Luz D. Cruz Rodríguez

19. Ana Rosa Cuesta Del Valle

20. Francisco E. De Los Santos Aquino, María Del C. Ortiz Navarro and their conjugal partnership

21. Yolanda M. Elizondo Del Pino

22. Virgilio Espinal Wallace, Santa Lebrón Ferrera and their conjugal partnership

23. Aida Teresa Febres Hernández, Juan R. García Loubriel and their conjugal partnership

24. María José Fernández Magadán

25. Eneida Fernández Moreno

26. Clara E. Fernández Sissa

27. Sarita Font Rodríguez, José M. Castro Pavía and their conjugal partnership

28. Alfredo García, Maribel Casanova and their conjugal partnership

29. Liz García Dávila

30. Vanessa García Dávila, Héctor Jorge Monserrate and their conjugal partnership

31. Ivelisse García Vega, Francisco J. Miranda Del Valle and their conjugal partnership

32. Lymaris González Sierra, Reynaldo Ortiz and their conjugal partnership

33. Elba Gutiérrez Schmidt

34. Héctor Julián Lanzó Roldán, Lydia Rivera Flores and their conjugal partnership

35. José Manuel Leavitt Rey

36. Carmen E. Ledesma Méndez, Claudio E. Acarón Bonilla and their conjugal partnership

37. Clarita Lidin de Rom, Carlos Rom Goris and their conjugal partnership

38. Teresa López Guzmán

39.    Ligia López Oliver

40.    Christine M. Lugo Quesada

41.    Carlixta Martínez Vilorio, Ronny Echevarría and their conjugal partnership

42.    Milagros Matos Alvarez, Antonio Manuel Taveras and their conjugal
       partnership

43.    Awilda Meléndez Ríos, Edwin Sánchez Maldonado and their conjugal
       partnership

44.    Edda 1. Meléndez Rivera

45.    Yeidy R. Oliver Hernández

46.    Jesús Ortiz García, Marta Villamil Rodríguez and their conjugal partnership

47.    Diana Ortiz Rodríguez

48.    Nerirosa Otero Romero, Alberto Del Toro and their conjugal partnership

49.    Carmen Priscilla Pavía Cabanillas

50.    Francisca Ramírez, Luis Darío Tineo Sánchez and their conjugal partnership

51.    Milagros Ramos, Alonso De Hoyos and their conjugal partnership

52.    Juan M. Ramos Pizarro, Dora Carrasquillo Márquez and their conjugal
       partnership

53.    Iraida Rinaldi Ríos, Fernando Quiñones Aponte and their conjugal partnership

54.    Carlos Juan Rivera Padua, Noelia M. Torres Cotts and their conjugal
       partnership

55.    Georgina Rivera Rodríguez

56.    Diana Roche Rodríguez Ríos

57.    Angela Rodríguez Colón, Pedro A. Del Valle Ferrer and their conjugal
       partnership

58.    Genoveva Rodríguez Rosa

4

59. Carlos Ruiz Porrata, Sylvia Ramos Moreau and their conjugal partnership

60. Carmen C. Ruiz Rexach

61. Marlene Ruiz, Jorge A. Saldarriaga Barragán and their conjugal partnership

62. María Victoria Saiz Martínez, Ramiro Jordán Sarria and their conjugal partnership

63. Oscar Sánchez Del Campo Delgado

64. Diana Sardiña Hernández, Jorge Escobar and their conjugal partnership

65. Yolanda Seda Benítez, Manuel A. Pérez Sánchez and their conjugal partnership

66. Estrella Sissa De León

67. Cristina Soriano

68. Amelia Sotomayor Díaz

69. Ramona Stokes Gimenez

70. Luis Darío Tineo Sánchez, Francisca Ramírez Núñez and their conjugal partnership

71. Rita T. Toro Monserrate, Miguel A. Hernández Feliciano and their conjugal partnership

72. Noelia Torres Cotts, Carlos J. Rivera Padua and their conjugal partnership

73. Lianis Z. Vélez Pérez, Julio Rodríguez Odum and their conjugal partnership

74. Sonia Arroyo Velázquez, Jesús M. Franco Villafañe and their conjugal partnership

75. Héctor Luis Báez Rodríguez

76. Ana Teresita Borges Rodríguez

77. Alicia Castillo Peña, William Mangual Martínez and their conjugal partnership

78.    Miriam Cortés Pérez

79.    Elsie De Jesús Rosado

80.    Isabel Del Valle Rivera

81.    Sara J. Disdier Caballero

82.    Elena Durán Sobrino

83.    María M. Espinosa Miranda, Ariel Pagán Rodríguez and their conjugal partnership

84.    Marlia Feliciano Santana, Carlos M. Meléndez and their conjugal partnership

85.    Amarilis Flores Ruiz, Alfonso García Ruiz and their conjugal partnership

86.    Eva J. Freire, Félix J. Lugo Soto and their conjugal partnership

87.    Ivette Fuentes Febles

88.    Glenda García Martínez

89.    María T. Geswaldo Medina

90.    Sandra Ivette Grau Morales, Pedro R. Villalta Bernabe and their conjugal partnership

91.    Ivelisse Laboy Ruiz, Mark A. Neste and their conjugal partnership

92.    Mari Angelie Lamboglia Vila, José F. Adrover Robles and their conjugal partnership

93.    Ana Doris Lladó Silva

94.    Leslie Janette López Báez, Juan Carlos González Rodríguez and their conjugal partnership

95.    Nilsa López Marcano

96.    Tensy Machargo Enríquez

6

97.  Omayra Marrero Santiago, Miguel Ángel Lozada and their conjugal partnership

98.  Florin M. Martínez Fontán, Ángel M. De La Rosa Schuck and their conjugal partnership

99.  Nilda Martínez Méndez, Eliezer Tulier Polanco and their conjugal partnership

100.  Janice Mercado Corujo, Vicente Román Arriaga and their conjugal partnership

101.  Nereida Montes Burgos, Samuel Monge Pérez and their conjugal partnership

102.  Lillian Otero Cabrera

103.  Alma Padilla Morales

104.  Minu Derbhis Pagán Ramos, Ismael Placa Estremera and their conjugal partnership

105.  Ana L. Pérez Pérez

106.  Eileen Pérez Reyes, José Javer Santos Mimoso and their conjugal partnership

107.  Lourdes Puig Sánchez, Carlos E. Chapel Palerm and their conjugal partnership

108.  Ayricell Quintana Muñiz

109.  Sonia M. Ramos González, Reinaldo Santana and their conjugal partnership

110.  Nilda Rivas Laboy, Juan Medina Castro and their conjugal partnership

111.  Pedro Rivera Ortiz

112.  Margarita Rivera Rosado

113.  Wanda Rivera Vega, Ernesto Maldonado Ojeda and their conjugal partnership

114.  Evelyn D. Rodríguez Soto

115.  Gladys J. Rodríguez Suliveres;

116.  Brenda Rodriguez Toro De Damiani, Nicholas Damiani López and their conjugal partnership

117. Yolanda Rodríguez Toro De Gil, Luis A. Gil Borgos and their conjugal partnership

118. Jeanette Roig López, José A. Rivera And Their Conjugal Partnership

119. Eddie W. Santiago Figueroa

120. Carmen J. Santiago Hernández

121. Fe Migdalia Santiago Padilla

122. Carmen Santini Rivera

123. Dora Elisa Soler Muñiz

124. Magda E. Toledo Rodríguez

125. Tahira E. Vargas Gómez, Joan Vargas and their conjugal partnership

126. Leonor Vélez Ortiz, Israel Menchaca Dobal and their conjugal partnership

127. Yolanda Vélez Rosado, Fernando Sánchez Saldaña Dobal and their conjugal partnership

128. Brenda Wharton Flores

129. Elsie Alvarado Rivera, Isidoro Hernández and their conjugal partnership

130. Esther M. Alvarez Meléndez, Javier O. Torres and their conjugal partnership

131. Margarita Álvarez Rodríguez

132. Lionel Arroyo Carrero

133. Ada L. Arroyo Sánchez, José A. Hernández Nieves and their conjugal partnership

134. Zenaida Basora Urrutia, Mermes Román Amador and their conjugal partnership

135. Luis A. Carrión Pérez

136.   Silvia E. Casiano Tellado, Gerardo F. López Muñoz and their conjugal partnership

137.   Bárbara V. Casiano Velázquez

138.   Luisa M. Castro Rivera, Jaime Luis García Garda and their conjugal partnership

139.   Carmen M. Crespo

140.   Andrés Durán Castaños, Vanessa Figueroa González and their conjugal partnership

141.   Zonya Espinosa Tarniella

142.   Dora Fernández Padilla

143.   Gladys M. Figueroa Gautier, Richard Zambrana and their conjugal partnership

144.   Audilia Fuentes Santos

145.   Lourdes Godén Gaud, Eliud A. Serrano González and their conjugal partnership

146.   Jossie A. González Ventura, Edgardo Reyes Morales and their conjugal partnership

147.   Rosa D. Hernández Rosado, Ricardo Lebrón Maldonado and their conjugal partnership

148.   Janine Hidalgo Santiago, Héctor Martínez Tosado and their conjugal partnership

149.   Alice M. Huyke Souffront, Carlos E. Jiménez Torres and their conjugal partnership

150.   Olga M. Jaume Tapia, Antonio Ginés Montalvo and their conjugal partnership

151.   María L. Julia Julia, Miguel Ángel Ríos Gerena and their conjugal partnership

152.   Ana R. Julia Savarit

153.   Linda López Arriaga, José Reyes Rosario and their conjugal partnership

154. Arlene López Cancel

155. Luis A. Martínez Vázquez

156. Felícita Montañez Figueroa, Miguel A. Albarrán Reyes and their conjugal partnership

157. Asmara Morales Yepes

158. Carmen T. Morris Zamora

159. Vivian Ortiz Schettini;

160. María De Los A. Pacheco Rodríguez, Alfred Demel and their conjugal partnership

161. Yanira Padilla Santiago

162. Eliezer Parrilla Meléndez, María García Montañez and their conjugal partnership

163. Liza Polanco Pagán, Walter Ricardo Bonilla Santaliz And Their Conjugal Partnership

164. Myrna Quijano Guillama

165. Sonia Rivera Colón, Jorge Ariel Vázquez Román and their conjugal partnership

166. Iris Rodríguez Delgado

167. Ángel F. Rolón Rivera, Maria Teresa Del Valle and their conjugal partnership

168. Ginnette Rosado Sánchez, Eugenio René Chinea and their conjugal partnership

169. Javier Rosado Torres, Maria S. Urango Salcedo and their conjugal partnership

170. Fanivel Rosario Santiago

171. Adela Sabatier Águila, Rudy E. Mayol Kauffmann and their conjugal partnership

172.  Ana Sierra Díaz, César Manuel Sierra Rondón and their conjugal partnership

173.  Mayra E. Soto Guzmán, José A. Candelaria Maldonado and their conjugal partnership

174.  Nelly-Ann Suárez Pesante

175.  Ana M. Tirado Colón, Yarim E. Cros Vázquez and their conjugal partnership

176.  Clara L. Tirado Rios, Samuel López Pérez and their conjugal partnership

177.  Aurin Valcarcel Cervera

178.  Mirtelina Vázquez Robles, José V, Torres Rivera and their conjugal partnership

179.  Miriam Villardefrancos Vergara

180.  Lourdes M. Zegrí Prieto, Carlos E. Rentas Giusti and their conjugal partnership

181.  Julio A. Camacho Mattei, Evelyn Pietri Soto and their conjugal partnership.

182.  Mercedes Fernandez

183.  Sara Mejia Castaings de Corrada

184.  Dora Muñiz Ramos

185.  Gladys Vazquez Acevedo, Jose A. Rosado Ortiz, and their conjugal partnership.



EXHIBIT
3

| | ID | PROPIEDAD | Tax ID/EIN |
|---|---|---|---|
| 1 | 013 | Parroquia San Juan Bosco (013) | 66-0237818 |
| 2 | 015 | Parroquia San Vicente de Paúl (015) | 66-0352306 |
| 3 | 048 | Parroquia San Agustín (048) | 66-0550663 |
| 4 | 002 | Parroquia San Francisco de Asís (002) | 66-0255295 |
| 5 | 010 | Parroquia Nuestra Señora de la Piedad (010) | 66-0475538 |
| 6 | 016 | Parroquia Santa Teresita del Niño Jesús (016) | 66-0203210 |
| 7 | 019 | Parroquia Nuestra Señora de Fátima (019) | 66-0290599 |
| 8 | 020 | Parroquia Nuestra Señora de la Merced (020) | 66-0253562 |
| 9 | 023 | Parroquia Santísimo Salvador (023) | 66-0266283 |
| 10 | 030 | Parroquia San Antonio de Padua (030) | 66-0351986 |
| 11 | 031 | Parroquia San Ignacio de Loyola (031) | 66-0275016 |
| 12 | 046 | Parroquia Invención de la Santa Cruz (046) | 66-2200192 |
| 13 | 058 | Parroquia Nuestra Señora del Carmen (058) | 66-0381429 |
| 14 | 064 | Parroquia Santa Gema Galgani (064) | 66-0265907 |
| 15 | 070 | Parroquia Sagrados Corazones (070) | 66-0776655 |
| 16 | 001 | Catedral Metropolitana y Basílica Menor San Juan Bautista (001) | 66-0291265 |
| 17 | 004 | Parroquia San Agustín (004) | 66-0587069 |
| 18 | 006 | Parroquia Nuestra Señora del Carmen (006) | 66-0750705 |
| 19 | 007 | Parroquia Nuestra Señora de la Esperanza (007) | 66-0715658 |
| 20 | 011 | Parroquia Sagrado Corazón de Jesús (011) | 66-0253341 |
| 21 | 012 | Parroquia San Jorge (012) | 66-0359131 |
| 22 | 014 | Parroquia San Mateo Apóstol (014) | 66-0727917 |
| 23 | 017 | Parroquia Stella Maris (017) | 66-0286584 |
| 24 | 022 | Parroquia Cristo Rey (022) | 66-0732126 |
| 25 | 024 | Parroquia Inmaculado Corazón de María (024) | 66-0559507 |
| 26 | 025 | Parroquia María Madre de la Iglesia (025) | 66-0734975 |
| 27 | 027 | Parroquia Nuestra Señora de Lourdes (027) | 66-0445022 |
| 28 | 028 | Parroquia Nuestra Señora del Pilar (028) | 66-0256005 |
| 29 | 029 | Parroquia Nuestra Señora de la Providencia (029) | 66-0263395 |
| 30 | 032 | Parroquia San José Obrero (032) | 66-0752482 |
| 31 | 033 | Parroquia San Luis Gonzaga (033) | 66-0742752 |
| 32 | 034 | Parroquia San Luis Rey (034) | 66-0621390 |
| 33 | 035 | Parroquia Santa Luisa de Marillac (035) | 66-0271957 |
| 34 | 036 | Parroquia Santa María de los Angeles (036) | 66-0229345 |
| 35 | 037 | Parroquia Santísimo Sacramento (037) | 66-0732116 |
| 36 | 038 | Parroquia Inmaculada Concepción (038) | 66-0495249 |
| 37 | 039 | Parroquia San Fernando de la Carolina (039) | 66-0742773 |
| 38 | 040 | Parroquia Santa Clara de Asís (040) | 66-0451551 |
| 39 | 049 | Parroquia San Antonio María Claret (049) | 66-0743187 |
| 40 | 051 | Parroquia San José (051) | 66-0697731 |
| 41 | 053 | Parroquia Santa Rita de Casia (053) | 66-0390754 |
| 42 | 054 | Parroquia Santiago Apóstol (054) | 66-0269701 |
| 43 | 055 | Parroquia Santa Francisca Javiera Cabrini (055) | 66-0275334 |
| 44 | 056 | Parroquia Nuestra Señora de Belén (056) | 66-0228241 |
| 45 | 057 | Parroquia San José (057) | 66-0219760 |
| 46 | 059 | Parroquia El Buen Pastor (059) | 66-0395207 |
| 47 | 060 | Parroquia San Juan Evangelista (060) | 66-0596865 |
| 48 | 062 | Parroquia Nuestra Señora de Guadalupe (062) | 66-0732177 |
| 49 | 063 | Parroquia San Pablo Apóstol (063) | 66-0709073 |
| 50 | 065 | Parroquia Santo Cristo de la Agonía (065) | 66-0525088 |
| 51 | 066 | Parroquia Nuestra Señora La Milagrosa (066) | 66-0753631 |
| 52 | 067 | Parroquia San Francisco Javier (067) | 66-0578986 |
| 53 | 068 | Parroquia Resurrección del Señor (068) | 66-0378250 |
| 54 | 071 | Parroquia Nuestra Señora Reina de la Paz (071) | 66-0688440 |
| 55 | 072 | Parroquia Espíritu Santo (072) | 66-0709505 |
| 56 | 073 | Parroquia Jesús Maestro (073) | 66-0307161 |
| 57 | 075 | Parroquia San Pedro Apóstol (075) | 66-0403121 |
| 58 | 076 | Parroquia Nuestra Señora de la Candelaria (076) | 66-0760977 |
| 59 | 077 | Parroquia San José Obrero (077) | 66-0366199 |
| 60 | 078 | Parroquia Jesús Mediador (078) | 66-0743195 |
| 61 | 079 | Parroquia Santa Bernardita (079) | 66-0445023 |
| 62 | 080 | Parroquia San Andrés (080) | 66-0665144 |
| 63 | 081 | Parroquia Santísima Trinidad (081) | 66-0424088 |
| 64 | 082 | Parroquia Epifanía del Señor (082) | 66-0709367 |
| 65 | 083 | Parroquia San Valentín (083) | 66-0748679 |
| 66 | 084 | Parroquia San Lucas Evangelista (084) | 66-0467416 |
| 67 | 087 | Parroquia Corpus Christi (087) | 66-0725281 |

| 68 | 088 | Parroquia Santa Cecilia (088) | 66-0704204 |
|---|---|---|---|
| 69 | 089 | Parroquia San Juan de Dios (089) | 66-0462315 |
| 70 | 090 | Parroquia Nuestra Señora del Rosario (090) | 66-0743290 |
| 71 | 091 | Parroquia Santo Cristo de los Milagros (091) | 66-0619426 |
| 72 | 092 | Parroquia Cristo Rey (092) | 66-0743716 |
| 73 | 095 | Parroquia Sagrada Familia (095) | 66-0723203 |
| 74 | 096 | Parroquia María Reina del Mundo (096) | 66-0742689 |
| 75 | 097 | Parroquia San Felipe Apóstol (097) | 66-0742922 |
| 76 | 099 | Parroquia Cristo Redentor (099) | 66-0758996 |
| 77 | 100 | Parroquia Asunción de la Virgen (100) | 66-0743306 |
| 78 | 101 | Parroquia Nuestra Señora Reina de los Angeles (101) | 66-0673867 |
| 79 | 102 | Parroquia San Pío X (102) | 66-0732119 |
| 80 | 103 | Parroquia Sagrado Corazón de Jesús (103) | 66-0330846 |
| 81 | 104 | Parroquia San Juan María Vianney (104) | 66-0742746 |
| 82 | 107 | Parroquia Nuestra Señora de la Providencia (107) | 66-0836463 |
| 83 | 108 | Parroquia Santa Rosa de Lima (108) | 66-0727071 |
| 84 | 110 | Parroquia Nuestra Señora de los Dolores (110) | 66-0854873 |
| 85 | 111 | Parroquia Santa Rosa de Lima (111) | 66-0228600 |
| 86 | 113 | Parroquia Nuestra Señora de Lourdes - La Gruta (113) | 66-0372156 |
| 87 | 114 | Parroquia Nuestra Señora de la Medalla Milagrosa (114) | |
| 88 | 115 | Parroquia San Antonio de Padua (115) | 66-0275919 |
| 89 | 116 | Parroquia San Fernando Rey (116) | 66-0508754 |
| 90 | 118 | Parroquia Nuestra Señora de la Caridad del Cobre (118) | |
| 91 | 119 | Parroquia Santa Catalina de Labouré (119) | 66-0743453 |
| 92 | 120 | Parroquia Asención del Señor (120) | 66-0494353 |
| 93 | 122 | Parroquia San Juan Bautista de La Salle (122) | 66-0466498 |
| 94 | 123 | Parroquia Santa Elena (123) | 66-0725638 |
| 95 | 124 | Parroquia Santísima Trinidad (124) | 66-0667434 |
| 96 | 125 | Parroquia Sagrada Familia (125) | 66-0626281 |
| 97 | 126 | Parroquia Santos Apóstoles Pedro y Pablo (126) | 66-0725642 |
| 98 | 128 | Parroquia Santa María de Caná (128) | 66-0751198 |
| 99 | 129 | Parroquia San Judas Tadeo (129) | 66-0754535 |
| 100 | 131 | Parroquia Santa Teresa de Jesús (131) | 66-0696362 |
| 101 | 132 | Parroquia Nuestra Señora del Carmen (132) | 66-0779083 |
| 102 | 133 | Parroquia Santo Domingo de Guzmán (133) | 66-0729598 |
| 103 | 135 | Parroquia Nuestra Señora de la Monserrate (135) | 66-0520935 |
| 104 | 136 | Parroquia San Bartolomé (136) | 66-0688258 |
| 105 | 137 | Parroquia Santa Teresa de Jesús Jornet (137) | 66-0723201 |
| 106 | 138 | Parroquia San Francisco de Monte Alvernia (138) | 66-0725641 |
| 107 | 139 | Parroquia María Madre de la Misericordia (139) | 66-0471676 |
| 108 | 141 | Parroquia San Francisco de Asís (141) | 66-0655719 |
| 109 | 143 | Parroquia Espíritu Santo (143) | 66-0780917 |
| 110 | 146 | Parroquia Divino Niño Jesús (146) | 66-0722572 |
| 111 | 147 | Parroquia San Francisco de Asís (147) | 66-0746101 |
| 112 | 148 | Parroquia Nuestra Señora de Fátima (148) | 66-0742751 |
| 113 | 149 | Parroquia Corazón de Jesús (149) | 66-0725639 |
| 114 | 151 | Parroquia Nuestra Señora del Rosario (151) | 66-0756438 |
| 115 | 152 | Parroquia Nuestra Señora de la Paz (152) | 66-0581668 |
| 116 | 156 | Parroquia San José (156) | 66-0727070 |
| 117 | 157 | Parroquia Cristo Salvador (157) | 66-0744672 |
| 118 | 159 | Parroquia San Judas Tadeo (159) | 66-0569377 |
| 119 | 005 | Parroquia María Auxiliadora (005) | 66-0287748 |
| 120 | 008 | Parroquia Nuestra Señora de la Monserrate (008) | 66-0743198 |
| 121 | 009 | Parroquia Nuestra Señora del Perpetuo Socorro (009) | 66-0221761 |
| 122 | 018 | Parroquia Espíritu Santo (018) | 66-0760982 |
| 123 | 021 | Parroquia Nuestra Señora de la Medalla Milagrosa (021) | 66-0267899 |
| 124 | 026 | Parroquia Nuestra Señora de la Altagracia (026) | 66-0639144 |
| 125 | 045 | Parroquia Exaltación de la Santa Cruz (045) | 66-0711309 |
| 126 | 047 | Parroquia Nuestra Señora del Perpetuo Socorro (047) | 66-0369966 |
| 127 | 050 | Parroquia Santa Catalina de Siena (050) | 66-0533241 |
| 128 | 052 | Parroquia San Miguel Arcángel (052) | 66-0273612 |
| 129 | 061 | Parroquia San Pedro Mártir de Verona (061) | 66-0433781 |
| 130 | 074 | Parroquia San Francisco de Sales (074) | 66-0437667 |
| 131 | 085 | Parroquia Nuestra Señora de la Caridad del Cobre (085) | 66-0726357 |
| 132 | 086 | Parroquia Nuestra Señora de Lourdes (086) | 66-0698854 |
| 133 | 105 | Parroquia Santa Rosa de Lima (105) | 66-0708265 |
| 134 | 117 | Parroquia Nuestra Señora Madre de la Divina Providencia (117) | 66-0718646 |
| 135 | 121 | Parroquia Santo Domingo de Guzmán (121) | 66-0666799 |

| | | | |
|---|---|---|---|
| 136 | 130 | Parroquia Nuestra Señora de la Salud (130) | |
| 137 | 134 | Parroquia Nuestra Señora de Covadonga (134) | 66-0752671 |
| 138 | 142 | Parroquia La Resurrección del Señor (142) | 66-0541642 |
| 139 | 144 | Parroquia San Juan de la Cruz (144) | 66-0486548 |
| 140 | 145 | Parroquia María Madre de mi Señor (145) | 66-0723202 |
| 141 | 153 | Parroquia María Llena de Gracia (153) | 66-0782587 |
| 142 | 158 | Parroquia San Esteban Protomartir (158) | 66-0606668 |
| 1 | 001-a | Capilla Santo Cristo (001-a) | |
| 2 | 001-b | Capilla San José (001-b) | |
| 3 | 001-c | Capilla Santa Ana (001-c) | |
| 4 | 002-a | Capilla San Conrado (002-a) | |
| 5 | 005-a | Capilla Sagrado Corazón (005-a) | |
| 6 | 005-b | Capilla Nuestra Señora de la Altagracia (005-b) | |
| 7 | 005-c | Capilla Nuestra Señora de Fátima (005-c) | |
| 8 | 005-d | Capilla Santísima Trinidad (005-d) | |
| 9 | 006-a | Capilla San Martín de Porres (006-a) | |
| 10 | 006-b | Capilla de la Universidad del Sagrado Corazón (006-b) | |
| 11 | 007-a | Capilla Nuestra Señora de la Providencia (007-a) | |
| 12 | 007-b | Capilla Doctors Hospital (007-b) | |
| 13 | 008-a | Capilla Santa Ana (008-a) | |
| 14 | 013-a | Capilla La Milagrosa (013-a) | |
| 15 | 013-b | Capilla Nuestra Señora del Rosario (013-b) | |
| 16 | 013-c | Capilla San Martín de Porres (013-c) | |
| 17 | 016-a | Capilla Sagrada Familia (016-a) | |
| 18 | 019-a | Capilla Egida del Maestro (019 b) | |
| 19 | 023-a | Capilla Nuestra Señora Reina de la Paz (023-a) | |
| 20 | 023-b | Capilla San José de Calasanz (023-b) | |
| 21 | 024-a | Capilla Nuestra Señora del Camino (024-a) | |
| 22 | 025-a | Capilla Integrada al Templo de Parroquia Maria Madre de la Iglesia (025-a) | |
| 23 | 028-a | Capilla Santa Teresita del Niño Jesús (028-a) | |
| 24 | 028-b | Capilla Hogar Crea (028-b) | |
| 25 | 030-a | Capilla Nuestra Señora del Buen Consejo (030-a) | |
| 26 | 032-a | Capilla San Antonio María Claret (032-a) | |
| 27 | 040-a | Capilla San Francisco de Asís (040-a) | |
| 28 | 048-a | Capilla San Martín de Porres (048-a) | |
| 29 | 048-b | Capilla Nuestra Señora del Buen Consejo (048-b) | |
| 30 | 052-a | Capilla San Miguel (052-a) | |
| 31 | 053-a | Capilla San José (053-a) | |
| 32 | 053-b | Capilla Nuestra Señora del Carmen (053-b) | |
| 33 | 053-c | Capilla Sagrado Corazón de Jesús (053-c) | |
| 34 | 058-a | Capilla San Martín de Porres (058-a) | |
| 35 | 058-b | Capilla San José Obrero (058-b) | |
| 36 | 060-a | Capilla San Francisco de Asís (060-a) | |
| 37 | 063-a | Capilla Nuestra Señora de la Caridad del Cobre (063-a) | |
| 38 | 065-a | Capilla Nuestra Señora de la Esperanza (065-a) | |
| 39 | 070-a | Capilla Virgen de la Paz (070-a) | |
| 40 | 071-a | Capilla Divino Niño Jesús (071-a) | |
| 41 | 072-a | Capilla Nuestra Señora del Carmen (072-a) | |
| 42 | 073-a | Capilla Jesús Nazareno (073-a) | |
| 43 | 074-a | Capilla Santo Domingo de Guzmán (074-a) | |
| 44 | 074-b | Capilla María Auxiliadora (074-b) | |
| 45 | 074-c | Capilla San Judas Tadeo (Santuario) (074-c) | |
| 46 | 074-d | Capilla Inmaculada Concepción (074-d) | |
| 47 | 075-a | Capilla Santa Teresita (075-a) | |
| 48 | 075-b | Capilla Nuestra Señora de Guadalupe (075-b) | |
| 49 | 075-c | Capilla San José (075-c) | |
| 50 | 075-d | Capilla San Pablo (075-d) | |
| 51 | 075-e | Capilla La Virgen de la Providencia (075-e) | |
| 52 | 076-a | Capilla Cristo Rey (076-a) | |
| 53 | 076-b | Capilla Santa María La Mayor (076-b) | |
| 54 | 076-c | Capilla Santísima Trinidad (076-c) | |
| 55 | 076-d | Capilla Buen Pastor (076-d) | |
| 56 | 077-a | Capilla Nuestra Señora del Carmen (077-a) | |
| 57 | 077-b | Capilla San Martín de Porres (077-b) | |
| 58 | 083-a | Capilla Santa Rosa (083-a) | |
| 59 | 083-b | Capilla San Antonio  (083-b) | |
| 60 | 085-a | Capilla Santísima Trinidad (085-a) | |
| 61 | 087-a | Capilla Santo Domingo de Guzmán (087-a) | |

| 62 | 088-a | Capilla Hogar Santa Teresa Jornet (088-a) | |
|---|---|---|---|
| 63 | 088-b | Capilla San Agustín (088-b) | |
| 64 | 089-a | Capilla La Sagrada Familia (089-a) | |
| 65 | 090-a | Capilla San José (090-a) | |
| 66 | 090-b | Capilla Nuestra Señora del Carmen (090-b) | |
| 67 | 090-c | Capilla Sagrado Corazón de Jesús (090-c) | |
| 68 | 092-a | Capilla San Francisco de Asís (092-a) | |
| 69 | 092-b | Capilla María Auxiliadora (092-b) | |
| 70 | 092-c | Capilla Divino Niño Jesús (092-c) | |
| 71 | 092-d | Capilla Cristo Rey (092-d) | |
| 72 | 100-a | Capilla Funeraria Ehret (100-a) | |
| 73 | 102-a | Capilla Nuestra Señora del Rosario (102-a) | |
| 74 | 104-a | Capilla La Milagrosa (104-a) | |
| 75 | 104-b | Capilla Cristo del Perdón (104-b) | |
| 76 | 104-c | Capilla Dulce Nombre de María (104-c) | |
| 77 | 104-d | Capilla Nuestra Señora del Carmen (104-d) | |
| 78 | 108-a | Capilla La Milagrosa (108-a) | |
| 79 | 114-a | Capilla Nuestra Señora del Carmen (114-a) | |
| 80 | 115-a | Capilla San Martín de Porres (115-a) | |
| 81 | 115-b | Santuario Cristo de la Reconciliación (115-b) | |
| 82 | 116-a | Capilla San Antonio (116-a) | |
| 83 | 117-a | Capilla Nuestra Señora de Fátima (117-a) | |
| 84 | 117-b | Capilla La Resurrección (117-b) | |
| 85 | 117-c | Capilla Nuestra Señora del Carmen (117-c) | |
| 86 | 117-d | Capilla Sagrada Familia (117-d) | |
| 87 | 117-e | Capilla San Ricardo (117-e) | |
| 88 | 119-a | Capilla Medalla Milagrosa (119-a) | |
| 89 | 119-b | Capilla San Pablo (119-b) | |
| 90 | 128-a | Capilla San Gerardo Mayela (128-a) | |
| 91 | 128-b | Capilla Sagrado Corazón (128-b) | |
| 92 | 129-a | Capilla Madre del Divino Pastor (129-a) | |
| 93 | 129-b | Capilla Virgen del Carmen (129-b) | |
| 94 | 131-a | Capilla San Martín de Porres (131-a) | |
| 95 | 131-b | Capilla Convento Misioneras de la Caridad (131-b) | |
| 96 | 133-a | Capilla Santísima Trinidad (133-a) | |
| 97 | 133-b | Capilla Nuestra Señora de la Providencia (133-b) | |
| 98 | 133-c | Capilla Carlos Manuel Rodríguez (133-c) | |
| 99 | 134-a | Capilla Nuestra Señora de Lourdes (134-a) | |
| 100 | 134-b | Capilla San Martín de Porres (134-b) | |
| 101 | 134-c | Capilla Divino Niño Jesús (134-c) | |
| 102 | 135-a | Capilla Cristo Rey (135-a) | |
| 103 | 135-b | Capilla Santa Mónica (135-b) | |
| 104 | 137-a | Capilla San Martín de Porres (137-a) | |
| 105 | 137-b | Capilla Nuestra Señora de la Salud (137-b) | |
| 106 | 145-a | Capilla Nuestra Señora del Carmen (145-a) | |
| 107 | 146-a | Capilla San Rafael Arcángel (146-a) | |
| 108 | 146-b | Capilla Jesús Nazareno (146-b) | |
| 109 | 146-c | Capilla El Buen Pastor (146-c) | |
| 110 | 146-d | Capilla Nuestra Señora de la Paz (146-d) | |
| 111 | 147-a | Capilla Espíritu Santo (147-a) | |
| 112 | 147-b | Capilla San José de la Montaña (147-b) | |
| 113 | 147-c | Capilla La Inmaculada Concepción (147-c) | |
| 114 | 148-a | Capilla Nuestra Señora del Carmen (148-a) | |
| 115 | 148-b | Capilla Santa Teresa de Jesús (148-b) | |
| 116 | 149-a | Capilla San Juan Bosco (149-a) | |
| 117 | 149-b | Capilla Sagrada Familia (149-b) | |
| 118 | 151-a | Capilla San Juan Bautista (151-a) | |
| 119 | 151-b | Capilla Jesús Maestro (151-b) | |
| 120 | 151-c | Capilla La Providencia (151-c) | |
| 121 | 152-a | Capilla Nuestra Señora de la Divina Providencia (152-a) | |
| 122 | 152-b | Capilla Espíritu Santo (152-b) | |
| 123 | 152-c | Capilla Inmaculada Concepción (152-c) | |
| 124 | 152-d | Capilla San José Obrero (152-d) | |
| 125 | 156-a | Capilla Nuestra Señora del Camino (156-a) | |
| 126 | 156-b | Capilla San Francisco de Asís (156-b) | |
| 127 | 156-c | Capilla Cristo de los Milagros (156-c) | |
| 128 | 156-d | Capilla Santa Teresita  (156-d) | |
| 129 | 156-e | Capilla Sagrada Familia (156-e) | |

| 130 | 156-f | Capilla Sagrado Corazón(156f) | |
|-----|-------|-------------------------------|--|
| 131 | 158-a | Capilla Cristo Rey (158-a) | |
| 132 | 158-b | Capilla Nuestra Señora del Rosario (158-b) | |
| 133 | 159-a | Capilla San Martín de Porres (159-a) | |
| 134 | 159-b | Capilla Santa Teresa de Jesús (159-b) | |

EXHIBIT 4

| Numero de Cuenta | Parroquia | Cantidad en Hold |
|---|---|---|
| 152-003703 | PARROQUIA SAN JUAN DE LA CRUZ | $ 15.75 |
| 030-404851 | PARROQUIA LA RESURRECCION DEL SENOR | $ 23.87 |
| 015-246418 | ROMAN CATHOLIC / PARROQUIA SAN MATEO | $ 55.00 |
| 229-307103 | PARROQUIA SANTA MARIA DE LOS ANGELES | $ 62.53 |
| 014-017644 | PARROQUIA SANTA CECILIA - DANILO DE JESUS MARTINEZ-DUARTE | $ 148.64 |
| 030-476534 | PARROQUIA NUESTRA SENORA DE LA PAZ | $ 150.00 |
| 435-119818 | PARROQUIA ASUNCION DE LA VIRGEN - COMITE ACTIVIDADES PLANTA FISICA | $ 153.40 |
| 056-001193 | PARROQUIA SAN PEDRO APOSTOL - COMITE PRO-FONDOSPARROQUIA SAN JOSE | $ 153.89 |
| 030-814286 | PARROQUIA SAN JOSE OBRERO | $ 165.32 |
| 030-031540 | PARROQUIA SAGRADA FAMILIA - CARITAS 125 | $ 179.09 |
| 030-688698 | PARROQUIA NSTRA SENORA DE LA ALTAGRACIA | $ 232.47 |
| 013-009710 | PARROQUIA SAN VALENTIN | $ 275.17 |
| 030-688353 | PARROQUIA SAN JUAN DE LA CRUZ | $ 363.03 |
| 110-868315 | PARROQUIA SAN LUIS REY | $ 366.98 |
| 203-090797 | PARROQUIA NSTRA SRA DE LA ESPERANZA | $ 412.64 |
| 039-014065 | PARROQUIA LA MILAGROSA | $ 464.97 |
| 030-364493 | PARROQUIA NSTRA SRA DE BELEN | $ 556.87 |
| 030-688531 | PARROQUIA SANTA TERESA DE JESUS JORNET | $ 567.99 |
| 030-687926 | PARROQUIA SAN JUAN DE LA CRUZ | $ 630.23 |
| 030-023297 | PARROQUIA SAN LUIS REY - CARIDADES | $ 632.66 |
| 245-208261 | IGLESIA SAN BARTOLOME | $ 633.89 |
| 030-023300 | PARROQUIA SAN LUIS REY | $ 728.03 |
| 252-137959 | PARROQUIA SANTO DOMINGO DE GUZMAN | $ 749.33 |
| 023-430060 | IGLESIA SAN JUAN BOSCO | $ 855.66 |
| 056-101347 | PARROQUIA SAN PEDRO APOSTOL | $ 909.71 |
| 030-859840 | PARROQUIA NUESTRA SENORA REINA DE LA PAZ | $ 956.67 |
| 252-020487 | PARROQUIA NTRA SRA DEL ROSARIO 151 | $ 997.75 |
| 030-688361 | PARROQUIA CORAZON DE JESUS | $ 1,000.00 |
| 030-025818 | PARROQUIA SAN PABLO | $ 1,013.52 |
| 030-852358 | PARROQUIA NUESTRA SENORA DEL PILAR (028) | $ 1,067.94 |
| 035-037466 | PARROQUIA ASUNCION DE LA VIRGEN | $ 1,101.13 |
| 252-867447 | PARROQUIA SANTO DOMINGO DE GUZMAN | $ 1,195.60 |
| 056-103328 | PARROQUIA ESPIRITU SANTO 072 | $ 1,203.70 |
| 038-212544 | PARROQUIA SAN FERNANDO | $ 1,238.13 |
| 030-851483 | PARROQUIA SAN JORGE - CARITAS PARROQUIAL 012 | $ 1,434.16 |
| 240-043957 | PARROQUIA SANTA TERESA DE JESUS | $ 1,460.70 |
| 012-430064 | PADRES REDENTORISTAS PARROQ SAN AGUSTIN | $ 1,497.76 |
| 050-006215 | PARROQUIA NUESTRA SRA DE LOS DOLORES | $ 1,547.45 |
| 030-688574 | PARROQUIA NTRA SRA DE LA MONSERRATE | $ 1,600.94 |
| 013-011944 | PARROQUIA CRISTO REY | $ 1,646.92 |
| 050-431080 | PARROQUIA NUESTRA SRA DE LOS DOLORES - FONDO PRO CONSTRUCCION | $ 1,761.06 |
| 245-001377 | PARROQUIA SAN PIO X | $ 1,846.42 |
| 012-085324 | PARROQUIA SAN AGUSTIN | $ 1,874.55 |
| 106-430017 | PARROQUIA CRISTO REY | $ 1,912.67 |
| 030-021995 | PARROQUIA NTRA SENORA DEL ROSARIO | $ 1,929.92 |
| 030-846978 | PARROQUIA SANTA TERESA DE JESUS | $ 2,009.46 |
| 016-270371 | PARROQUIA STELLA MARIS | $ 2,031.97 |
| 414-209583 | PARROQUIA SAN LUCAS | $ 2,048.38 |
| 030-688558 | PARROQUIA SANTA BERNARDITA | $ 2,081.52 |
| 039-018113 | PARROQUIA SAN JOSE OBRERO | $ 2,162.06 |
| 177-430044 | PARROQUIA STELLA MARIS | $ 2,214.08 |
| 030-871883 | PARR SAN FRANCISCO JAVIER | $ 2,269.12 |
| 030-410371 | PARROQUIA SANTA CATALINA LA BOURET | $ 2,362.97 |
| 030-852641 | PARR CRISTO REDENTOR - CARITAS 99 | $ 2,419.85 |
| 022-358692 | PARROQUIA SAN LUCAS - COMITE DE AYADA AL NECESITADO | $ 2,467.97 |
| 030-688205 | DIVINO NINO JESUS PARROQUIA | $ 2,498.01 |
| 239-109433 | NUESTRA SRA REINA DE LA PAZ (071) | $ 2,679.26 |
| 028-044045 | PARROQUIA SAN PEDRO MARTIR | $ 2,791.43 |
| 014-001810 | PARROQUIA SAN LUCAS | $ 2,807.62 |
| 152-112324 | PARROQUIA MARIA LLENA DE GRACIA | $ 2,819.76 |
| 240-101876 | PARROQUIA SANTA TERESA DE JESUS - CONSTRUCCION TEMPLO | $ 2,990.66 |
| 030-688345 | PARROQUIA SANTA TERESA DE JESUS JORNET | $ 3,029.08 |
| 052-007294 | PARROQUIA SANTIAGO APOSTOL | $ 3,045.82 |
| 030-474973 | PARROQUIA SAN FRANCISCO DE ASIS | $ 3,064.54 |
| 035-296984 | PARROQUIA JESUS MAESTRO | $ 3,113.38 |

| 030-688566 | PARROQUIA SAN ANTONIO DE PADUA | $ | 3,143.68 |
|---|---|---|---|
| 030-404851 | PARROQUIA LA RESURRECCION DEL SENOR | $ | 3,200.00 |
| 035-430532 | PARROQUIA JESUS MAESTRO | $ | 3,353.28 |
| 014-104342 | PARROQUIA CRISTO SALVADOR | $ | 3,362.28 |
| 015-004600 | PARROQUIA SANTA TERESITA | $ | 3,395.92 |
| 030-828260 | PARROQUIA LA GRUTA DE LOURDES (113) | $ | 3,428.76 |
| 058-202838 | PARROQUIA SENORA DE LA SALUD | $ | 3,470.00 |
| 314-008052 | PARROQ NSTRA SRA VIRGEN DEL CARMEN 132 | $ | 3,617.80 |
| 030-067200 | PARROQUIA SAGRADOS CORAZONES - CAPILLA VIRGEN DE LA PAZ | $ | 3,624.85 |
| 052-128946 | PARROQUIA SAN JOSE DE MAGNOLIA | $ | 3,839.40 |
| 217-309552 | PARROQUIA SAN LUIS GONZAGA | $ | 3,856.01 |
| 362-121259 | PARROQUIA NUESTRA SRA DEL PILAR | $ | 4,074.84 |
| 765-003728 | PARROQUIA SANTA CLARA | $ | 4,150.20 |
| 030-840759 | PARR SANTA TERESA DE JESUS JORNET 137 | $ | 4,313.11 |
| 014-430002 | PARROQUIA SAN FRANCISCO JAVIER | $ | 4,341.52 |
| 229-215186 | PARROQUIA MADRE DE LA IGLESIA | $ | 4,351.00 |
| 030-036151 | SANTA IGLESIA CATEDRAL DE SAN JUAN - CARITAS | $ | 4,504.81 |
| 229-307096 | PARROQUIA SANTA MARIA DE LOS ANGELES - FONDO DE CONSTRUCCION | $ | 4,688.42 |
| 030-838517 | PARROQUIA NUESTRA SRA DEL PILAR - CARITA | $ | 4,797.06 |
| 301-007434 | PARROQUIA DE SAN VICENTE DE PAUL | $ | 4,853.43 |
| 059-003294 | PARROQUIA SAN FERNANDO REY | $ | 4,871.65 |
| 140-207759 | PARROQUIA SANTA ELENA | $ | 4,963.73 |
| 030-688582 | PARROQUIA CRISTO REDENTOR | $ | 4,974.99 |
| 030-815746 | PARROQUIA MARIA MADRE DE LA MISERICORDIA | $ | 5,220.36 |
| 030-688590 | PARROQUIA MARIA MADRE DE LA MISERICORDIA | $ | 5,254.59 |
| 249-012811 | PARROQ NTRA SRA COVADONGA CTRO DIVINO NI | $ | 5,346.37 |
| 240-305923 | PARROQUIA NUESTRA SENORA DE COVADONGA | $ | 5,409.72 |
| 059-017341 | PARROQUIA SAN JOSE | $ | 5,778.30 |
| 115-202064 | PARROQUIA SAN AGUSTIN | $ | 5,861.23 |
| 022-358676 | PARROQUIA SAN LUCAS - COMITE ACCION SOCIAL | $ | 5,954.80 |
| 133-430049 | PARROQUIA INMACULADO CORAZON DE MARIA | $ | 5,962.52 |
| 314-007035 | PARROQ NSTRA SRA VIRGEN DEL CARMEN 132 - CAPILLA SANTA CRUZ | $ | 6,077.46 |
| 036-430188 | PARROQUIA SAN FRANCISCO DE ASIS | $ | 6,083.65 |
| 223-062986 | PARROQUIA SANTO CRISTO | $ | 6,195.69 |
| 221-049354 | PARROQUIA SAN PABLO | $ | 6,204.11 |
| 030-859824 | PARR INMACULADA CONCEPCION-CARITAS 38 | $ | 6,278.70 |
| 011-641843 | PARROQUIA SAN FRANCISCO DE ASIS | $ | 6,390.80 |
| 030-844630 | PARR SAN FRANCISCO JAVIER - CARITAS 067 | $ | 6,523.94 |
| 116-267429 | PARROQUIA SAN FRANCISCO JAVIER | $ | 6,541.01 |
| 223-114243 | PARROQUIA NTRA SRA DE LOURDES | $ | 6,699.27 |
| 030-012554 | SANTA IGLESIA CATEDRAL DE SAN JUAN | $ | 6,733.04 |
| 040-142809 | PARROQUIA JESUS MEDIADOR | $ | 6,965.68 |
| 032-867425 | PARROQUIA DEL SALVADOR - DBA CAPILLA SAN JOSE DE CALAZANZ | $ | 7,015.39 |
| 240-204033 | PARROQUIA LA MILAGROSA | $ | 7,188.52 |
| 240-309876 | PARROQUIA NTRA SRA DE LA CANDELARIA | $ | 7,536.30 |
| 131-011804 | PARROQUIA SAN JOSE VILLA CAPARRA | $ | 7,537.92 |
| 030-819474 | PARROQUIA ESPIRITU SANTO - CUENTA PASTORAL SOCIAL | $ | 7,565.22 |
| 170-430138 | PARROQUIA SAN JOSE OBRERO | $ | 7,592.64 |
| 314-006731 | PARROQUIA NSTRA SENORA VIRGEN DEL CARMEN - CAPILLA BUENAVENTURA | $ | 7,723.58 |
| 179-200712 | PARR MARIA MADRE DE MI SENOR 145 | $ | 8,107.75 |
| 165-430001 | PARROQUIA SAN FRANCISCO DE SALES | $ | 8,150.37 |
| 030-015847 | PARROQUIA MARIA LLENA DE GRACIA | $ | 8,519.13 |
| 030-819482 | PARROQUIA ESPIRITU SANTO - CUENTA OPERACIONAL | $ | 8,522.13 |
| 015-012697 | PARROQUIA NTRA SRA DE LA PROVIDENCIA | $ | 8,537.30 |
| 038-139006 | PARROQUIA NTRA SRA DE LA PROVIDENCIA | $ | 8,569.06 |
| 030-843308 | PARROQUIA SAN FERNANDO REY (116) | $ | 8,688.77 |
| 030-074908 | PARROQUIA NUESTRA SENORA DE LA CARIDAD | $ | 8,913.62 |
| 132-040301 | LIBRERIA LA PEQUENA FLOR | $ | 8,936.25 |
| 030-687764 | PARROQUIA NUESTRA SENORA DE GUADALUPE | $ | 9,029.50 |
| 217-207644 | PARROQUIA SAN ANTONIO | $ | 9,061.60 |
| 133-430294 | PARROQUIA CORAZON DE MARIA | $ | 9,215.94 |
| 058-062041 | PARROQUIA SAN ANTONIO DE PADUA 115 | $ | 9,302.73 |
| 023-205571 | PARROQUIA MARIA AUXILIADORA | $ | 9,477.49 |
| 030-010888 | PARROQUIA EL BUEN PASTOR | $ | 9,550.03 |
| 314-044334 | PARROQUIA NTRA SRA FATIMA COM STA TERESA | $ | 9,645.09 |
| 245-071005 | IGLESIA NUESTRA SENORA DEL CARMEN BARRAZ | $ | 9,810.70 |

| | | | |
|---|---|---|---|
| 030-844800 | PARROQUIA SANTA BERNARDITA 079 | $ | 9,823.12 |
| 030-688175 | PARROQUIA SANTISIMA TRINIDAD | $ | 9,929.15 |
| 314-043166 | PARROQUIA NTRA SRA DE FATIMA | $ | 10,019.49 |
| 217-017920 | PARROQUIA SANTOS APOSTELES PEDRO Y PABLO | $ | 10,325.76 |
| 240-052269 | PADRES DOMINICOS DE PUERTO RICO INC | $ | 10,480.06 |
| 024-010952 | PARROQUIA DEL PERPETUO SOCORRO | $ | 10,966.69 |
| 011-012706 | SANTA IGLESIA CATEDRAL DE SAN JUAN | $ | 11,327.26 |
| 226-317036 | PARROQUIA DE FATIMA | $ | 11,589.22 |
| 050-131141 | PARROQUIA SANTA RITA DE CASIA 053 | $ | 11,731.71 |
| 015-011372 | PARROQUIA SAN JORGE | $ | 11,763.60 |
| 132-072645 | PARR STO CRISTO DE LA AGONIA | $ | 12,021.64 |
| 052-473961 | PADRES DOMINICOS DE PR PARROQUIA STA CRU | $ | 12,050.06 |
| 030-688841 | PARROQUIA NUESTRA SRA DE LA MONESRRATE | $ | 12,285.07 |
| 030-834686 | PARROQUIA EXALTACION DE LA SANTA CRUZ - CAPILLA CRISTO SALVADOR | $ | 12,484.21 |
| 245-867094 | PARROQ SAN FCO DE MONTE ALVERNIA | $ | 12,692.58 |
| 030-020778 | PARROQUIA SAN ANTONIO DE PADUA - CARITAS PARROQUIALES | $ | 12,898.86 |
| 030-475929 | PARROQUIA LA EPIFANIA | $ | 13,146.56 |
| 052-122395 | PARROQUIA LA SAGRADA FAMILIA | $ | 13,251.37 |
| 014-430304 | PARROQUIA SANTA ROSA DE LIMA | $ | 13,507.10 |
| 030-817617 | PARROQUIA SAN JOSE OBRERO | $ | 13,619.06 |
| 131-295241 | PADRES DOMINICOS DE PR INC | $ | 14,118.25 |
| 037-003909 | PARROQUIA MADRE CABRINI | $ | 14,254.83 |
| 037-430009 | PARROQUIA LA RESURRECCION DEL SENOR | $ | 14,713.09 |
| 030-475899 | PARROQUIA LA RESURRECCION DEL SENOR | $ | 14,938.86 |
| 023-029692 | PARROQUIA NUESTRA SENORA DEL CARMEN | $ | 15,925.02 |
| 030-824036 | PARROQUIA EXALTACION DE LA SANTA CRUZ | $ | 16,494.46 |
| 246-026857 | PARROQUIA MARIA MADRE DE MI SENOR | $ | 16,689.14 |
| 252-026436 | PARROQUIA SAN ESTEBAN PROTOMARTIR | $ | 16,909.51 |
| 030-688388 | PARROQUIA SAGRADO CORAZON DE JESUS | $ | 16,995.07 |
| 221-054784 | PARROQUIA SANTA ROSA DE LIMA | $ | 17,188.51 |
| 118-005294 | PARROQUIA DEL SALVADOR | $ | 17,924.81 |
| 132-140195 | PARROQUIA INMACULADA CONCEPCION-FONDO DE | $ | 18,384.70 |
| 030-688450 | PARROQUIA SAN ANTONIO MARIA CLARET | $ | 18,852.40 |
| 030-405599 | PARROQUIA NTRA SRA REINA DE LOS ANGELES | $ | 18,911.13 |
| 133-430170 | PARROQUIA SAN JUAN MARIA VIANNEY | $ | 19,331.07 |
| 029-006279 | PARROQUIA NUESTRA SENORA DE BELEN | $ | 19,464.78 |
| 140-430024 | PARROQUIA SANTA MARIA DE CANA | $ | 19,695.88 |
| 115-496149 | PARROQUIA Y ACADEMIA SANTA ROSA | $ | 20,059.28 |
| 365-046735 | PRO FONDOS CONST. PARROQUIA STA CLARA | $ | 20,477.62 |
| 030-036186 | PARROQUIA SAGRADOS CORAZONES | $ | 20,520.40 |
| 037-061208 | PARROQUIA DIVINO NINO JESUS CONSTRUCCION | $ | 20,563.70 |
| 035-038055 | PARROQUIA SAN IGNACIO DE LOYOLA | $ | 20,679.39 |
| 203-403487 | PARROQUIA DEL SAGRADO CORAZON | $ | 21,385.55 |
| 038-033194 | PARROQUIA  SAN FRANCISCO DE ASIS | $ | 21,434.72 |
| 228-867045 | PADRES DOMINICOS DE PR INC - PARROQUIA DEL PERPETUO SOCORRO | $ | 22,575.32 |
| 030-688183 | PARROQUIA BVM DE LOURDES - FONDOS CONSTRUCCION-GRUTA | $ | 22,709.79 |
| 036-032018 | PARROQUIA EXALTACION DE LA SANTA CRUZ | $ | 23,360.65 |
| 030-818974 | PARROQUIA INMACULADA CONCEPCION-FONDO DE | $ | 24,873.63 |
| 052-645843 | PARROQUIA SANTA ELENA | $ | 25,232.63 |
| 030-687772 | PARROQUIA NUESTRA SENORA DE GUADALUPE - COL Y PARROQUIA NSTRA GUADALUPE | $ | 26,641.14 |
| 030-815479 | PARROQUIA SAN JUDAS TADEO | $ | 27,430.16 |
| 365-041865 | PARROQUIA SANTA CLARA | $ | 27,442.89 |
| 250-442061 | PARROQUIA SAN JUAN BAUTISTA DE LA SALLE | $ | 28,013.60 |
| 014-207443 | PARROQUIA DEL SALVADOR | $ | 28,522.87 |
| 058-116036 | SANTUARIO CRISTO DE LA RECONCILIACION | $ | 28,583.25 |
| 030-688418 | PARROQUIA MARIA REINA DEL MUNDO | $ | 29,021.57 |
| 058-202838 | PARROQUIA SENORA DE LA SALUD | $ | 29,977.76 |
| 119-129094 | CAPILLA NUESTRA SENORA DE FATIMA CEDROS | $ | 32,400.01 |
| 030-477344 | PARROQUIA SAN JORGE | $ | 32,781.75 |
| 239-535516 | PARROQUIA LA PIEDAD PASIONISTAS | $ | 33,027.37 |
| 030-817072 | PARROQUIA JESUS MEDIADOR | $ | 35,002.57 |
| 223-062986 | PARROQUIA SANTO CRISTO | $ | 41,350.23 |
| 056-103336 | PARROQUIA ESPIRITU SANTO 072 - CUENTA RESTAURACION/MEJORAS | $ | 43,805.50 |
| 252-867367 | PARROQUIA DEL ESPIRITU SANTO | $ | 45,101.25 |
| 014-002841 | PARROQUIA NTRA SRA DE LA PROVIDENCIA | $ | 48,657.46 |
| 252-301557 | PARROQUIA DE LA ASCENSION DEL SENOR | $ | 51,295.86 |

| | | | |
|---|---|---|---|
| 030-688639 | PARROQUIA NUESTRA SEÑORA REINA DE LA PAZ | $ | 52,828.13 |
| 030-689864 | PARROQUIA SAN MIGUEL ARCANGEL | $ | 54,067.82 |
| 059-029048 | PARROQUIA SAN JUDAS TADEO | $ | 54,951.80 |
| 118-008609 | PARROQUIA SAGRADA FAMILIA | $ | 55,561.17 |
| 035-430354 | PARROQUIA EL BUEN PASTOR | $ | 57,348.98 |
| 030-870429 | PARROQUIA SANTA LUISA DE MARILLAC - CARITAS 35 | $ | 58,283.00 |
| 240-039640 | COMITE DE RESTAURACION TEMPLO | $ | 58,681.18 |
| 012-083518 | PADRES REDENTORISTAS PARROQ SAN AGUSTIN | $ | 59,392.06 |
| 030-688906 | PARROQUIA CRISTO SALVADOR | $ | 60,476.15 |
| 035-038055 | PARROQUIA SAN IGNACIO DE LOYOLA | $ | 63,736.30 |
| 058-265236 | PARROQUIA SAN ANTONIO DE PADUA  - REMODELACION DEL TEMPLO | $ | 66,379.59 |
| 030-819458 | PARROQUIA SAN MIGUEL ARCANGEL | $ | 69,128.89 |
| 013-254006 | PARROQUIA SAN JUAN DE DIOS | $ | 80,492.71 |
| 133-041379 | PARROQUIA SAN JUAN EVANGELISTA - PRO CONSTRUCCION | $ | 82,562.56 |
| 252-027060 | PARROQUIA SAN ESTEBAN PROTOMARTIR | $ | 98,775.75 |
| 040-405850 | PARROQUIA DEL SALVADOR | $ | 106,968.51 |
| 030-688663 | PARROQUIA SANTISIMA TRINIDAD | $ | 110,287.80 |
| 030-023327 | PARROQUIA PERPETUO SOCORRO - PROFONDO MEJORAS IGLESIA LOURDES | $ | 118,082.01 |
| 030-688590 | PARROQUIA MARIA MADRE DE LA MISERICORDIA | $ | 183,482.78 |
| 362-057765 | PARROQUIA SANTA LUISA MARILLAC | $ | 307,526.20 |
| 030-476461 | PARROQUIA EXATACION DE LA SANTA CRUZ | $ | 402,294.92 |
| 170-430014 | PARROQUIA SANTISIMA TRINIDAD | $ | 474,909.69 |
| | | $ | 4,557,386.06 |

EXHIBIT 5

| Numero de Cuenta | Parroquia | Cantidad Embargo |
|---|---|---|
| 106-006525 | ROMAN CATHOLIC CHURCH IN PR - OPERATIONAL ARQ | $ 130,988.06 |
| 106-410423 | ROMAN CATHOLIC CHURCH IN PR - ARCHIDIOCESE OF SAN JUAN | $ 321,443.76 |
| 015-246418 | ROMAN CATHOLIC / PARROQUIA SAN MATEO | $ 66,404.12 |
| 030-036755 | ROMAN CATHOLIC CHURCH IN PUERTO RICO - SEMINARIO SAN JUAN BAUTISTA PONCE | $ 1,348.88 |
| 030-388554 | ROMAN CATHOLIC CHURCH IN PR - PARROQUIA SAN MATEO | $ 5,111.56 |
| 030-388694 | ROMAN CATHOLIC CHURCH IN PR - PARROQUIA SAN MATEO | $ 705.18 |
| 030-402050 | ROMAN CATHOLIC CHURCH IN PR - FONDO RESTAURACION IGLESIAS | $ 1,480.61 |
| 030-405572 | ROMAN CATHOLIC CHURCH IN PUERTO RICO - CTRO DE EVANGELIZACION Y CATEQUISIS CA | $ 2,953.18 |
| 030-405823 | ROMAN CATHOLIC CHURCH IN PR - PASTORAL JUVENIL ARQUIDIOCESANA | $ 2,072.61 |
| 030-477220 | ROMAN CATHOLIC CHURCH IN PR - TELEORO DONATIVOS | $ 10,079.59 |
| 030-688124 | ROMAN CATHOLIC CHURCH IN PUERTO RICO - RADIO PAZ WKVM-AM | $ 0.22 |
| 030-689082 | ROMAN CATHOLIC CHURCH IN PR - LEGADOS & DONACIONES | $ 276.89 |
| 030-689120 | ROMAN CATHOLIC CHURCH IN PR - FONDO DE SOLIDARIDAD | $ 4,049.06 |
| 030-836409 | ROMAN CATHOLIC CHURCH IN PR - VICARIA DEL TOA Y LA PLATA | $ 2,026.43 |
| 030-838959 | ROMAN CATHOLIC CHURCH IN PR - COMISION FORMACION DIACONOS PERMANENTES | $ 1,532.33 |
| 030-861896 | ROMAN CATHOLIC CHURCH IN PR - COMARCA | $ 17,629.62 |
| 106-003798 | ROMAN CATHOLIC CHURCH IN PR - SOCIEDAD PROTECTORA DE LOS NINOS | $ 37,505.01 |
| 106-007467 | ROMAN CATHOLIC CHURCH IN PR - ARQUIDIOCECIS DE SAN JUAN | $ 0.56 |
| 106-008242 | ROMAN CATHOLIC CHURCH IN PR - ARQUEDIOCESES OF SAN JUAN (NOMIMA) | $ - |
| 106-011081 | ROMAN CATHOLIC CHURCH IN PR - FONDO DE CONSTRUCCION/SANTUARIONTRA | $ 797.03 |
| 106-034189 | ROMAN CATHOLIC CHURC IN PR - ARQUIDIOCESIC DE SJ / WPRV TV CANAL 13 | $ 164.43 |
| | | $ 606,569.13 |

**BANCO POPULAR**                          OFFICIAL CHECK

NO. 31-005247002

101-201
215

BANCO POPULAR DE PUERTO RICO
PO Box 362708
San Juan, Puerto Rico 00936-2708

Date 08-23-2018        $ 606569.13

Pay ******SIX HUNDRED SIX THOUSAND FIVE HUNDRED SIXTY NINE DOLLARS AND 13/100******/
To the Order of

ALGUACIL REGIONAL TRIBUNAL DE SAN JUAN

CASO CIVIL: SJ2016CV00131      RE: 34336-22AUG18

Member FDIC and
Federal Reserve System

ALA 192

8/24/18

EXHIBIT
6

| Información Cuentas con EIN 660198351 (Hold) | | |
|---|---|---|
| Numero de Cuenta | Parroquia | Cantidad en Hold |
| 240-205764 | CATEQUESIS VICARIA BAYAMO | $ 3,222.52 |
| 217-045775 | CATEQUESIS VICARIA BAYAMO | $ 128.81 |
| 506-201860 | FUNDACION LUIS CARDENAL APONTE MARTI | $ 54,363.35 |
| 039-430014 | IGLESIA CATOLICA PARROQUIA | $ 839.83 |
| 059-203005 | PARROQUIA LA MILAGROSA | $ 2,683.92 |
| 132-038501 | PARROQUIA SAN ANDRES | $ 1,241.50 |
| 052-237419 | PIA UNION DEL CLERO SECULAR | $ 9,579.83 |
| 013-349171 | PARROQUIA SAN FELIPE APOSTOL | $ 8,110.37 |
| 131-294180 | PARR MARIA MADRE DE LA MISERICORDIA 139 | $ 5,000.00 |
| 131-294180 | PARR MARIA MADRE DE LA MISERICORDIA 139 | $ 247,121.95 |
| 030-682274 | DEPTO DE DIACONADO PERMANENTE | $ 2,733.13 |
| 059-019638 | PARROQUIA LA MILAGROSA | $ 6,424.40 |
| | | $ 341,449.61 |

EXHIBIT
7
Bloomberg No. 5119

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE ARECIBO
SALA SUPERIOR

| | |
|---|---|
| YALI ACEVEDO FELICIANO, JOHN A. WILLIAMS BERMÚDEZ y la sociedad legal de gananciales compuesta por ambos, et al. | Civil Núm. SJ2016cv00131 |
| | Sala: 904 |
| Demandantes | |
| v. | Sobre: Orden de cese y desista y/o injunction, sentencia declaratoria, cumplimiento de contrato, impedimento por actos propios, daños y perjuicios |
| LA SANTA IGLESIA CATÓLICA APOSTÓLICA EN LA ISLA DE PUERTO RICO, INC. et al. | |
| Demandadas | |

| | |
|---|---|
| SONIA ARROYO VELÁZQUEZ, JESÚS M. FRANCO VILLAFAÑE y la sociedad legal de gananciales compuesta por ambos, et al. | Civil Núm. SJ2016cv00141 |
| | Sala: 904 |
| Demandantes | |
| v. | Sobre: Orden de cese y desista y/o injunction, sentencia declaratoria, cumplimiento de contrato, impedimento por actos propios, daños y perjuicios |
| LA SANTA IGLESIA CATÓLICA APOSTÓLICA EN LA ISLA DE PUERTO RICO, INC. et al. | |
| Demandadas | |

| | |
|---|---|
| ELSIE ALVARADO RIVERA, ISIDORO HERNÁNDEZ y la sociedad legal de gananciales compuesta por ambos, et al. | Civil Núm. SJ2016cv00156 |
| | Sala: 904 |
| Demandantes | |
| v. | Sobre: Orden de cese y desista y/o injunction, sentencia declaratoria, cumplimiento de contrato, impedimento por actos propios, daños y perjuicios |
| LA SANTA IGLESIA CATÓLICA APOSTÓLICA EN LA ISLA DE PUERTO RICO, INC. et al. | |
| Demandadas | |

**URGENTE TERCERA COMPARECENCIA ESPECIAL
EN TORNO A ORDEN ENMENDADA DE EMBARGO**

AL HONORABLE TRIBUNAL:

COMPARECE el Banco Popular de Puerto Rico ("Banco Popular"), de manera especial

y sin someterse a la jurisdicción del Tribunal, por conducto de la representación suscribible, y

muy respetuosamente expone y solicita:

1. El 21 de agosto de 2018 se diligenció en Banco Popular los documentos relacionados con el embargo de fondos pertenecientes a la Iglesia Católica.

2. Mediante Moción en Cumplimiento de Orden y Mandamiento de Embargo, presentada el 22 de agosto de 2018, Banco Popular informó que había evaluado los documentos diligenciados y no había identificado bienes sujetos a embargo. Indicó, no obstante, que, en el interés de poder realizar una búsqueda efectiva de las cuentas que se interesaba embargar, era necesario que el Señalamiento de Bienes identificara el número de seguro social patronal o los números de cuenta objeto del embargo.

3. El 22 de agosto de 2018 se diligenció en Banco Popular un Mandamiento sobre una Orden Enmendada de embargo.

4. La Orden Enmendada, recogida en el Mandamiento, dispone para el embargo de "bienes y dineros de la Santa Iglesia Católica Apostólica y Romana y/o Roman Catholic Church in Puerto Rico ..., incluyendo bonos, valores, vehículos de motor, obras de arte, equipo, muebles, cuentas, bienes inmuebles y cualquier otro bien perteneciente a la Santa Iglesia Católica Apostólica y Romana y/o Roman Catholic Church in Puerto Rico y cualquiera de sus dependencias, que esté ubicada en Puerto Rico".

5. La Orden Enmendada dispone además que, "[d]e realizarse el embargo sobre sumas de dinero ... bajo posesión, depósito o custodia de terceros, se ordena que el Señor Alguacil realice dicho embargo notificando con copia de esta orden a dichos terceros requiriéndoles que le entreguen de inmediato dichos bienes o que, en caso de que su entrega inmediata sea imposible, retengan los mismos hasta tanto puedan consignarlos en el tribunal, sin que puedan ... entregar estos ni a los demandados ni a ninguna otra persona natural o jurídica ... mientras el Tribunal no disponga otra cosa".

6. Por otra parte, el Señalamiento de Bienes identifica los siguientes: "[C]uentas de la Santa Iglesia Católica Apostólica en la Isla de Puerto Rico, Inc. con número de registro corporativo 2944 y/o Roman Catholic Church in Puerto Rico, S.S. 660-XXXX51".

7. Cumpliendo con el Mandamiento, la Orden Enmendada y el Señalamiento de Bienes, Banco Popular verificó sus récords y no encontró cuentas registradas a nombre de la Santa Iglesia Católica Apostólica y Romana o la Santa Iglesia Católica Apostólica en la Isla de Puerto Rico, Inc.

8.  Banco Popular sí identificó cuentas registradas a nombre de Roman Catholic
Church in Puerto Rico, con número de seguro social patronal 660-XXXX51. De conformidad
con el Protocolo para Facilitar el Trámite de Embargos de Cuentas Bancarias de 14 de junio de
2012, Circular Núm. 34 (Año Fiscal 2011-2012) de la Oficina de Administración de los
Tribunales, Banco Popular expidió un cheque por el balance total de los fondos en esas cuentas,
el cual entregó al Alguacil del Tribunal.

9.  Además, Banco Popular identificó varias cuentas con el número de seguro social
patronal 660-XXXX51, pero que no están registradas a nombre de la Santa Iglesia Católica
Apostólica y Romana, la Santa Iglesia Católica Apostólica en la Isla de Puerto Rico, Inc. o
Roman Catholic Church in Puerto Rico, viéndose por ello impedido de entregar los fondos
correspondientes al Alguacil. No obstante, cumpliendo con la Orden Enmendada, Banco
Popular retuvo dichos fondos, impidiendo transacciones sobre los mismos, mediante un "hold"
interno.

10.  Todo lo anterior fue informado mediante una Urgente Comparecencia Especial en
Torno a Orden Enmendada de Embargo, presentada por Banco Popular el 23 de agosto de 2018.
En esa Urgente Comparecencia Especial, Banco Popular solicitó dirección en cuanto al
tratamiento que debía dar a los fondos en las cuentas con el número de seguro social patronal
660-XXXX51, pero que no están registradas a nombre de la Santa Iglesia Católica Apostólica y
Romana, la Santa Iglesia Católica Apostólica en la Isla de Puerto Rico, Inc. o Roman Catholic
Church in Puerto Rico.

11.  Además, en su Urgente Comparecencia Especial, Banco Popular solicitó
aclaración en cuanto al alcance de la Orden Enmendada en tanto que ordena el embargo de
bienes pertenecientes a "cualquiera de [las] dependencias" de la Santa Iglesia Católica
Apostólica y Romana y/o Roman Catholic Church in Puerto Rico.

12.  El Honorable Tribunal no se ha expresado aún en torno a la Urgente
Comparecencia de Banco Popular.

13.  Desde su Urgente Comparecencia, Banco Popular ha identificado alrededor de
160 cuentas adicionales pertenecientes a **parroquias** de Roman Catholic Church in Puerto Rico.
Estas cuentas **no están registradas a nombre de** Roman Catholic Church in Puerto Rico y
**tampoco** llevan el número de seguro social patronal 660-XXXX51.

14.     Ante la posibilidad de que dichas cuentas estén cobijadas por los documentos de embargo, Banco Popular ha retenido los depósitos correspondientes, impidiendo transacciones sobre los mismos, mediante un "hold" interno. Estos depósitos, sumados a los previamente embargados y retenidos, totalizan una cantidad suficiente para cubrir los $4,700,000 establecidos en la Orden Enmendada.

15.     No obstante, Banco Popular reitera su solicitud de aclaración en cuanto al alcance de la Orden Enmendada en tanto que ordena el embargo de bienes pertenecientes a "cualquiera de [las] dependencias" de la Santa Iglesia Católica Apostólica y Romana y/o Roman Catholic Church in Puerto Rico. En particular, Banco Popular solicita que se aclare si "dependencias" incluye las parroquias de Roman Catholic Church in Puerto Rico.

POR TODO LO CUAL, se solicita respetuosamente que el Honorable Tribunal (1) tome conocimiento de lo anterior, (2) provea dirección en cuanto al tratamiento que Banco Popular debe dar a los fondos depositados en cuentas con el número de seguro social patronal 660-XXXX51, pero que no están a nombre de la Santa Iglesia Católica Apostólica y Romana, la Santa Iglesia Católica Apostólica en la Isla de Puerto Rico, Inc. o Roman Catholic Church in Puerto Rico y (3) aclare el alcance de la Orden Enmendada en tanto que ordena el embargo de bienes pertenecientes a "cualquiera de [las] dependencias" de la Santa Iglesia Católica Apostólica y Romana y/o Roman Catholic Church in Puerto Rico; en particular, si "dependencias" incluye las parroquias de Roman Catholic Church in Puerto Rico.

RESPETUOSAMENTE.

CERTIFICO: Haber presentado el presente escrito mediante el Sistema Unificado de Manejo y Administración de Casos (SUMAC), el cual genera notificación electrónica con copia fiel y exacta del presente a los abogados de récord.

En San Juan, Puerto Rico, hoy, 27 de agosto de 2018.

McCONNELL VALDÉS LLC
P.O. Box 364225
San Juan, Puerto Rico 00936-4225
Teléfono: (787) 759-9292
Fax: (787) 759-8282

*f/ Eduardo A. Zayas-Marxuach*
Eduardo A. Zayas-Marxuach
TSPR Núm. 12155
ezm@mcvpr.com

*Abogados de Banco Popular de Puerto Rico*

EXHIBIT
8

**C. CONDE & ASSOC.**
LAW OFFICES
254 SAN JOSE STREET
SUITE 5
SAN JUAN, PUERTO RICO 00901-1523
TELEPHONE (787) 729-2900
TELECOPIER (787) 729-2203
E-mail: condecarmen@condelaw.com

August 29, 2018

**BY CERTIFIED MAIL AND ELECTRONIC MAIL**

Banco Popular de Puerto Rico
c/o Eduardo A. Zayas-Marxuach, Esq.
McConnell Valdés, LLC
PO Box 364225
San Juan, PR 00936-4225
Email: ezm@mcvpr.com

Re: Archdioceses of San Juan
Case No.: 18-04911

Dear Mr. Zayas:

Our firm represents the Archdioceses of San Juan ("The Archdioceses") in its reorganization process pursuant to Chapter 11 of the Bankruptcy Code. On August 29, 2018, the Archdioceses file a petition for relief pursuant to the provisions of Chapter 11 of the Bankruptcy Code. We are herein enclosing copy of the Notice of Filing of the bankruptcy petition issued by the Bankruptcy Court for the District of Puerto Rico.

Upon the filing of the bankruptcy petition and by virtue of Section 362 of the Bankruptcy Code, 11 USC 362, the bankruptcy estate of the Debtor is formed. Among the assets of the bankruptcy estate are certain funds currently being held on an administrative hold by Banco Popular de Puerto Rico ("BPPR") which belong to the Archdioceses as well as funds that belong to its parishes. This administrative hold has been placed account of the Order entered by the First Instance Court, San Juan Part in the cases No.: SJ2016cv00131, SJ2016cv00141 and SJ2016cv00156 on March 27, 2018 ("The State Court Litigation").

Upon the filing of the bankruptcy petition, the State Court Litigation is stayed and thus those funds must be returned to the estate and the parishes pursuant to Section 362 of the Bankruptcy Code. Should BPPR fail to immediate eliminate this administrative hold on the bank accounts of the Archdioceses and/or its parishes, it would be willfully violating the automatic stay provisions and unlawfully exercising control and possession of property of the bankruptcy estate. This action is would leave the Debtor no other alternative than to seek immediate intervention of the Bankruptcy Court and request the corresponding sanctions, attorney's fees and costs.

Feel free to contact the undersigned should you wish to discuss this matter.

With nothing further I remain,

Cordially,

Luisa S. Valle Castro

Cc: Mons. Roberto González Nieves

8/29/2018

United States Bankruptcy Court
District of Puerto Rico

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 11 of the United States Bankruptcy Code,
entered on 08/29/2018 at 3:33 PM and filed on 08/29/2018.

**ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO**
ANTIGUO COLEGIO MADRE CABRINI
URB. CAPARRA HIGH 1564
CALLE ENCARNACION
SAN JUAN, PR 00920
Tax ID / EIN: 66-0198351
*aka* IGLESIA CATOLICA APOSTOLICA Y ROMANA,
**ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO**

The case was filed by the debtor's attorney:

**CARMEN D CONDE TORRES**
254 SAN JOSE STREET
5TH FLOOR
SAN JUAN, PR 00901-1523
787-729-2900

The case was assigned case number 18-04911-11.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page www.prb.uscourts.gov or at the Clerk's Office, Jose V Toledo Fed Bldg & US Courthouse, 300
Recinto Sur Street, Room 109, San Juan, PR 00901.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**MARIA DE LOS ANGELES
GONZALEZ
Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |

https://ecf.prb.uscourts.gov/cgi-bin/NoticeOfFiling.pl?335836

1/2

8/29/2018                              CM/ECF - U.S. Bankruptcy Court:prb

| 08/29/2018 15:33:19 | | | |
|---|---|---|---|
| PACER Login: | condecarmen:2527950:0 | Client Code: | |
| Description: | Notice of Filing | Search Criteria: | 18-04911-11 |
| Billable Pages: | 1 | Cost: | 0.10 |



Blumberg No. 5208
9

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA SUPERIOR DE SAN JUAN

| | |
|---|---|
| YALI ACEVEDO FELICIANO,JOHN A. WILLIAMS BERMUDEZ,SOCIEDAD DE GANANCIALES COMPUESTA POR AMBOS; JUAN D. ALBARRAN RODRIGUEZ,CARMEN M. ALMODOVAR OLIVA, MIGUEL E. ALONSO REYES, MARY L. DE GRAUX VILLAFAÑA Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS, IRAIDA ALVARADO GARCES, LUIS APONTE SANTIAGO, LOURDES ISERN Y LA SOCIEDAD LEGAL DE GANANCIALES COMPUESTA POR AMBOS, MILAGROS ARROYO REYES, JOSE A. SOLIS RIOS Y LA SLG COMPUESTA POR AMBOS, ENID ÁVILA CARDONA,BORIS CORUJO ORRACA Y LA SLG COMPUESTA POR AMBOS, ANA AYALA TORRES, RAMON ORTIZ Y LA SLG COMPUESTA POR AMBOS, ESTHER C. BARRERA,GLORIA CARABALLO FIGUEROA, JORGE LUIS LEAVITT Y LA SLG COMPUESTA POR AMBOS, GLORIA M. CERRA QUIÑONES, JAIME LOPEZ DIAZ Y LA SLG COMPUESTA POR AMBOS, ERNESTO N. CHIESA FIGUEROA, MARIA E. BAEZ BELLO Y LA SLG COMPUESTA POR AMBOS, VILMARIE CHIRLOLDES CARBIA, RAMONITA COVAS BERNIER, MARIA M. CRUZ CASSE, JOSE F. UMPIERRE RIVERA Y LA SLG COMPUESTA POR AMBOS, LUZ D. CRUZ RODRIGUEZ, FRANCISCO E. DE LOS SANTOS AQUINO, MARIA DEL C. ORTIZ NAVARRO Y LA SLG COMPUESTA POR AMBOS, YOLANDA M. ELIZONDO DEL PINO, VIRGILIO ESPINAL WALLACE, SANTA LEBRON FERRARA Y LA SLG DE BIENES GANANCIALES COMPUESTA POR AMBOS, MAIRA JOSE FERNANDEZ MAGADAN, CLARA E. FERNANDEZ SISSA, SARITA FONT RODRIGUEZ, JOSE M. CASTRO PAVIA Y LA SLG COMPUESTA POR AMBOS, ALFREDO GARCIA, MARIBEL CASANOVA Y LA SLG COMPUESTA POR AMBOS, LIZ GARCIA DAVILA, VANESSA GARCIA DAVILA, HECTOR JORGE MONSERRATE Y LA SLG COMPUESTA POR AMBOS, IVELISSE GARCIA VEGA, FRANCISCO J. MIRANDA DEL VELLA Y LA SLG COMPUESTA POR AMBOS, LYMARIS GONZALEX SIERRA, REYNALDO ORTIZ Y LA SLG COMPUESTA POR AMBOS, ELBA GUTIERREZ SCHMIDT, HECTOR JULIAN LANZO ROLDAN, LYDIA RIVERA FLORES Y LA SLG COMPUESTA POR AMBOS, JOSE MANUEL LEAVITT REY, CARMEN E. LEDESMA MENDEZ, CLAUDIO E. ACARON BONILLA Y LA SLG COMPUESTA POR AMBOS, CLARITA LIDIN DEL ROM, CARLOS ROM GORIS Y LA SLG COMPUESTA POR MABOS, TERESA LOPEZ GUZMAN, LIGIA LOPEZ OLIVER, CHRISTINE M. LUGO QUESADA, CARLIXTA MARTINEZ VILORIO, RONNY ECHEVARRIA Y LA SLG COMPUESTA POR AMBOS, AWILDA MELENDEZ RIOS, EDWIN SANCHEZ MALDONADO Y LA SLG COMPUESTA POR AMBOS, EDDA I. MELENDEZ RIVERA, YEIDY R. OLIVER HERNANDEZ, JESUS ORTIZ GARCIA, MARTA VILLAMIL RODRIGUEZ Y LA SLG COMPUESTA POR AMBOS, DIANA ORTIZ RODRIGUEZ NERIROSO OTERO ROMERO, ALBERTO DEL TORO Y LA SLG COMPEUSTA POR AMBOS, CARMEN PRISCILLA PAVIA CABANILLAS, FRANCISCA RAMIREZ, LUIS DARIO TINEO SANCHEZ Y LA SLG COMPJESTA POR AMBOS, MILAGROS RAMOS, ALONSO DE HOYOS Y LA SLG COMPUESTA POR AMBOS, JUAN M. RAMOS PIZARRO, DORA CARRASQUILLO MARQUEZ Y LA SLG COMPUESTA POR AMBOS, IRAIDA RINALDI RIOS, FERNANDO QUIÑONES APONTE Y LA SLG COMPUESTA POR AMBOS, CARLOS JUAN RIVERA PADUA, NOELIA M. TORRES COTTS Y LA | CIVIL NUM: SJ2016CV00131<br><br>SALA 904<br><br>SOBRE:<br><br>ORDEN DE CESE Y DESISTA Y/O INJUNCTION, SENTENCIA DECLARATORIA, CUMPLIMIENTO DE CONTRATO, IMPEDIMENTO POR ACTOS PROPIOS, DAÑOS Y PERJUICIOS |

1

SLG COMPUESTA POR AMBOS, GEORGINA
RIVERA RODRIGUEZ, DIANA ROCHE
RODRIGUEZ RIOS, ANGELA RODRIGUEZ
COLON, PEDRO A. DEL VALLE FERRER Y LA SLG
COMPUESTA POR AMBOS, CARLOS RUIZ
PORRATA, SYLVIA RAMOS MOREAU Y LA SLG
COMPUESTA POR AMBOS, CARMEN C. RUIZ
REXACH, MARLENE RUIZ RUIZ, JORGE A.
SALDARRAIGA BARRAGAN Y LA SLG
COMPUESTA POR AMBOS, MAIRA VICTORIA
SAIZ MARTINEZ, RAMIRO JORDAN SARRIA Y LA
SLG COMPUESTA POR AMBOS, OSCAR SANCHEZ
DEL CAMPO DELGADO, DIANA SARDIÑA
HERNANDEZ, JORGE ESCOBAR Y LA SLG
COMPUESTA PORAMBOS, YOLANDA SEDA
BENITEZ, MANUEL A. PEREZ SANCHEZ Y LA SLG
COMPUESTA POR AMBOS, AMELIA
SOTOMAYOR DIAZ, LUIS DARIO TINEO
SANCHEZ, FRANCISCA RAMIREZ NUÑEZ Y LA
SLG COMPUESTA POR AMBOS, RITA I. TORO
MONSERRATE, MIGUEL A. HERNANDEZ
FELICIANO Y LA SLG COMPUESTA POR AMBOS,
NOELIA TORRES COTTS, CARLOS J. RIVERA
PADUA Y LA SLG COMPUESTA POR AMBOS,
LIANIS Z. VELEZ PEREZ, JULIO RODRIGUEZ
ODUM Y LS SLG COMPUESTA POR AMBOS.

DEMANDANTES

VS.

LA SANTA IGLESIA CATOLICA APOSTOLICA EN
LA ISLA DE PUERTO RICO, INC., REP. POR
MONSEÑOR ROBERTO GONZALEZ NIEVES, EN
SU CAPACIDAD COMO ARZOBISPO DE SAN
JUAN, ACADEMIA DEL PERPETUO SOCORRO,
SUPERINTENDENCIA DE LAS ESCUELAS
CATOLICAS DE LA ARQUIDIOCESIS DE SAN
JUAN, FIDEICOMISO DEL PLAN DE PENSION
PARA EMPLEADOS DE ESCUELAS CATOLICAS,

DEMANDADOS

---

SONIA ARROYO VELAZQUEZ, JESUS M. FRANCO
VILLAFAÑE Y LA SLG COMPUESTA POR AMBOS,
HECTOR LUIS BAEZ RODRIGUEZ, ANA
TERESITA BORGES RODRIGUEZ, ALICIA
CASTILLO PEÑA, WILLIAM MANGUAL
MARTINEZ Y LA SLG COMPUESTA POR AMBOS,
MIRIAM CORTES PEREZ, ELSIE DE JESUS
ROSADO, ISABEL DEL VALLE RIVERA, SARA J.
DISDIER CABALLERO, ELENA DURAN SOBRINO,
MARIA M. ESPINOSA MIRANDA, ARIEL PAGAN
RODRIGUEZ Y LA SLG COMPUESTA POR AMBOS,
MARLIA FELICIANO SANTANA, CARLOS M.
MELENDEZ Y LA SLG COMPUESTA POR AMBOS,
AMARILIS FLORES CRUZ, ALFONSO GARCIA
RUIZ Y LA SLG COMPUESTA POR AMBOS, EVA J.
FREIRE, FELIX J. LUGO SOTO Y LA SLG
COMPUESTA POR AMBOS, IVETTE FUENTES
FLEBLES, GLENDA GARCIA MARTINEZ, MARIA
T. GESWALDO MEDINA, SANDRA IVETTE GRAU
MORALES, PEDRO RL VILLALTA BERNABE Y LA
SLG COMPUESTA POR AMBOS, IVELISSE LABOY
RUIZ, MARK A. NESTE Y LA SOCIEDAD LEGAL DE
BIENES GANANCIALES COMPUESTA POR
AMBOS, MARIA ANGELIE LAMBOGLIA VILA,
JOSE F. ADROVER ROBLES Y LA SLG COMPUESTA
POR AMBOS, ANA DORIS LLADO SILVA, LESLIE
JANETTE LOPEZ BAEZ, JUAN CARLOS
GONZALEZ RODRIGUEZ, Y LA SLG COMPUESTA
POR AMBOS, NILSA LOPEZ MARCANO, TENSY
MACHARGO ENRIQUEZ, OMAYRA MARRERO
SANTIAGO, MIGUEL ANGEL LOZADA Y LA SLG
COMPUESTA POR AMBOS, FLORIN M.
MARTINEZ FONTAN, ANGEL M. DE LA ROSA
SCHUCK Y LA SLG COMPUESTA POR AMBOS,

CIVIL NUM: SJ2016CV00146

SALA 904

SOBRE:

ORDEN DE CESE Y DESISTA Y/O
INJUNCTION, SENTENCIA
DECLARATORIA, CUMPLIMIENTO
DE CONTRATO, IMPEDIMENTO
POR ACTOS PROPIOS, DAÑOS Y
PERJUICIOS

2

JANICE MERCADO CORUJO, VICENTE ROMAN ARRIAGA Y LA SLG COMPUESTA POR AMBOS, NEREIDA MONTES BURGOS, SAMUEL MONGE PEREZ Y LA SLG COMPUESTA POR AMBOS, LILLIAN OTERO CABRERA, ALMA PADILLA MORALES, MINU DERBHIS PAGAN RAMOS, ISMAEL PLACA ESTREMERA Y LA SLG COMPUESTA POR AMBOS, ANA L. PEREZ PEREZ, EILEEN PEREZ REYES, JOSE JAVER SANTOS MIMOSO Y LA SLG COMPUESTA POR AMBOS, LOURDES PUIG SANCHEZ, CARLOS E. CHAPEL PALERM Y LA SLG COMPUESTA POR AMBOS, AYRICELL QUINTANA MUÑIZ, SONIA M. RAMOS GONZALEZ, REINALDO SANTANA Y LA SLG COMPUESTA POR AMBOS, NILDA RIVAS LABOY, JUAN MEDINA CASTRO Y LA SLG COMPUESTA POR AMBOS, PEDRO RIVERA ORTIZ, MARGARITA RIVERA ROSADO, WANDA RIVERA VEGA, ERNESTO MALDONADO OJEDA Y LA SLG COMPUESTA POR AMBOS, EVELYN D. RODRIGUEZ SOTO, GLADYS J. RODIRUGEZ SULIVERES, BRENDA RODRIGUEZ TORO DE DAMIANI, NICHOLAS DAMIANI LOPEZ Y LA SLG COMPUESTA POR AMBOS YOLANDA RODRIGUEZ TORO DE GIL, LUIS A .GIL BORGOS Y LA SLG COMPUESTA POR AMBOS, JEANETTE ROIG LOPEZ, JOSE A. RIVERA Y LA SLG COMPUESTA POR AMBOS, EDDIE W. SANTIAGO FIGUEROA, CARMEN J. SANTIAGO HERNANDEZ, FE MIGADILIA SANTIAGO PADILLA, CARMEN SANTINI RIVERA, DORA ILISA SOLER MUÑIZ, MAGDA E. TOLEDO RODRIGUEZ, TAHIRA E. VARGAS GOMEZ, JOAN VARGAS Y LA SLG COMPUESTA POR AMBOS, LEONOR VELEZ ORTIZ, ISRAEL MENCHACA DOBAL Y LA SLG COMPUESTA POR AMBOS, YOLANDA VELEZ ROSADO, FERNANDO SANCHEZ SALDAÑA DOBAL Y LA SLG COMPUESTA POR AMBOS, BRENDA WHARTON FLORES

DEMANDANTES

VS.

LA SANTA IGLESIA CATOLICA APOSTOLICA EN LA ISLA DE PUERTO RICO, INC., REP. POR MONSEÑOR ROBERTO GONZALEZ NIEVES, EN SU CAPACIDAD COMO ARZOBISPO DE SAN JUAN, ACADEMIA DEL PERPETUO SOCORRO, SUPERINTENDENCIA DE LAS ESCUELAS CATOLICAS DE LA ARQUIDIOCESIS DE SAN JUAN, FIDEICOMISO DEL PLAN DE PENSION PARA EMPLEADOS DE ESCUELAS CATOLICAS,

DEMANDADOS

| ELSIE ALVARADO RIVERA, ISIDODRO HERNANDEZ Y LA SLG COMPUESTA POR AMBOS, ESTHER M. ALVAREZ MELENDEZ, JAVIER O. TORRES Y LA SLG COMPUESTA POR AMBOS, MARGARITA ALVAREZ RODRIGUEZ, LIONEL ARROYO CARRERO, ADA L. ARROYO SANCHEZ, JOSE A. HERNANDEZ NIEVES Y LA SLG COMPUESTA POR AMBOS, ZENAIDA BASORA URRUTIA, HERMES ROMAN AMADOR Y LA SLG COMPUESTA POR AMBOS, LUIS A. CARRION PEREZ, SILVIA E. CASIANO TELLADO, GERARDO F. LOPEZ MUÑOZ Y LA SOCIEDAD LEGAL DE BIENES GANANCIALES COMPUESTA POR AMBOS, BARGARA V. CASIANO VELAZQUEZ, LUISA M. CASTRO RIVERA, JAIME LUIS GARCIA GARDA Y LA SLG COMPUESTA POR AMBOS, CARMEN M. CRESPO, ANDRES DURAN CASTAÑOS, VANESSA FIGUEROA GONZALEZ Y LA SLG COMPUESTA POR AMBOS, ZONYA ESPINOSA TARNIELLA, DORA FERNANDEZ PADILLA, GLADYS M. FIGUEROA GAUTIER, | CIVIL NUM: SJ2016CV00156

SALA 904

SOBRE: |

3

SJ2016CV00... ... ... Página 4 de 5

RICHARD ZAMBRANA Y LA SLG COMPUESTA POR AMBOS, AUDILIA FUENTES SANTOS, LOURDES GODEN GAUD, ELIUD A. SERRANO GONZALEZ Y LA SLG COMPUESTA POR AMBOS, JOSSIE A. GONZALEZ VENTURA, EDGARDO REYES MORALES Y LA SLG COMPUESTA POR AMBOS, ROSA D. HERNANDEZ ROSADO, RICHARDO LEBRON MALDONADO Y LA SLG COMPUESTA POR AMBOS, JANINE HIDALGO SANTIAGO, HECTOR MARTINEZ TOSADO Y LA SLG COMPUESTA POR AMBOS, ALICE M. HUYKE SOUFFRONT, CARLOS E. JIMENEZ TORRES Y LA SLG COMPUESTA POR AMBOS, OLGA M. JAUME TAPIA, ANTONIO BIENES GANANCIALES COMPUESTA POR AMBOS, MARIA L. JULIA JULIA, MIGUEL ANGLE RIOS GERENA Y LA SLG COMPUESTA OR AMBOS, ANA R. JULIA SAVARIT, LINDA LOPEZ ARRIAGA, JOSE RYES ROSARIO Y LA SLG COMPUESTA POR AMBOS ARLENE LOPEZ CANCEL, LUIS A. MARTINEZ VAZQUEZ, FELICITA MONTAÑEZ FIGUEROA, MIGUEL A. ALBARRAN REYES Y LA SLG COMPUESTA POR AMBOS, ASMARA MORALES YEPES, CARMEN T. MORRIS ZAMORA, VIVIAN ORTIZ SCHETTINI, MARIA DE LOS A. PACHECO RODRIGUEZ, ALFRED DEMEL Y LA SLG COMPUESTA POR AMBOS, YANIRA PADILLA SANTIAGO, ELIEZER PARRILLA MELENDEZ, MARIA GARCIA MONTAÑEZ Y LA SLG COMUESTA POR AMBOS, LIZA POLANCO PAGAN, WALTER RICARDO BONILLA SANTALIZ Y LA SLG COMPUESTA POR AMBOS, MYRNA QUIJANO GUILLAMA, SONIA RIVERA COLON, JORGE ARIEL VAZQUEZ ROMAN Y LA SLG COMPUESTA POR AMBOS, IRIS RODRIGUEZ DELGADO, ANGEL F. ROLON RIVERA, MARIA TERESA DEL VALLE Y LA SLG COMPUESTA POR AMBOS, GINNETTE ROSADO TORRES, MRIA S. URANGO SALCEDO Y LA SLG COMPUESTA POR AMBOS, FANIVEL ROSARIO SANTIAGO, ADELA SABATIER AGUILA, RUDY E. MAYOL KAUFFMANN Y LA SLG COMPUESTA POR AMBOS, MAYRA E. SOTO GUZMAN, JOSE A. CANDELARIO MALDONADO Y LA SLG COMPUESTA POR AMBOS, NELLY-ANN SUAREZ PESANTE, ANA M. TIRADO COLON, YARIM E. CROS VAZQUEZ Y LA SLG COMPUESTA POR AMBOS, CLARA L. TIRADO RIOS, SAMUEL LOPEZ PEREZ, Y LA SLG COMPUESTA POR AMBOS, AURIN VALCARCEL CERVERA, MIRTELINA VAZQUEZ ROBLES, JOSE V. TORRES RIVERA Y LA SLG COMPUESTA POR AMBOS, MIRIAM VILLARDEFRANCOS VERGARA, LOURDES M. ZEGRI PRIETO, CARLOS E. RENTAS GIUSTI Y LA SLG COMPUESTA POR AMBOS

DEMANDANTES,

VS.

LA SANTA IGLESIA CATOLICA APOSTOLICA EN LA ISLA DE PUERTO RICO, INC., REP. POR MONSEÑOR ROBERTO GONZALEZ NIEVES, EN SU CAPACIDAD COMO ARZOBISPO DE SAN JUAN, ACADEMIA DEL PERPETUO SOCORRO, SUPERINTENDENCIA DE LAS ESCUELAS CATOLICAS DE LA ARQUIDIOCESIS DE SAN JUAN, FIDEICOMISO DEL PLAN DE PENSION PARA EMPLEADOS DE ESCUELAS CATOLICAS

DEMANDADOS.

ORDEN DE CESE Y DESISTA Y/O INJUNCTION, SENTENCIA DECLARATORIA, CUMPLIMIENTO DE CONTRATO, IMPEDIMIENTO POR ACTOS PROPIOS, DAÑOS Y PERJUICIOS

4

SENTENCIA

Vista la Notificación sobre Presentación de Quiebra y Solicitando Paralización de Procedimientos presentada el 29 de agosto de 2018, por las partes codemandadas, donde indica que la Arquidiócesis de San Juan se acogió a la protección de ley de Quiebra por el Capítulo 11 con el número de caso 18-04911-11, radicado en Corte de Quiebra de los Estados Unidos de América y firmada el 29 de agosto de 2018, el Tribunal la declara Ha Lugar.

En virtud de lo expuesto, se ordena la paralización de los procedimientos y el archivo, sin perjuicio de la demanda de epígrafe para fines estadísticos.

El Tribunal se reserva jurisdicción para su reapertura al estado procesal actual, tan pronto sea descargado el procedimiento de quiebra y así se solicite.

REGISTRESE Y NOTIFIQUESE.

En San Juan, Puerto Rico, a   30 de agosto de 2017.

f/ ANTHONY CUEVAS RAMOS
JUEZ SUPERIOR

5

EXHIBIT
10
Blumberg No. 5119

| Nombre de Parroquia | Loan # | Facility Type | Maturity Date | Original Amount | Principal Outstanding Balance as of 8/28/2018 | |
|---|---|---|---|---|---|---|
| SAN ESTEBAN PROTOMÁRTIR | 0052 | T/L | 03/01/20 | 859,000.00 | 635,012.69 | 7.00% |
| PARROQUIA CORAZÓN DE MARÍA | 0059 | T/L | 01/01/19 | 120,000.00 | 59,649.80 | 5.75% |
| SAN JUAN EVANGELISTA | 7001 | T/L | 08/17/24 | 600,000.00 | 135,491.27 | 5.00% |
| PARROQUIA SAN ANTONIO DE PAUDA (Dorado) | 9040 | T/L | 02/01/29 | 1,700,000.00 | 963,517.68 | 5.00% |
| SAN FRANCISCO JAVIER | 9043 | T/L | 05/31/23 | 538,000.00 | 68,560.13 | 6.80% |
| INMACULADA CONCEPCIÓN | 9044 | T/L | 09/30/23 | 1,075,000.00 | 296,751.35 | 6.80% |
| COLEGIO NUESTRA SEÑORA DE LOURDES | 9061 | T/L | 03/01/19 | 503,372.00 | 37,120.64 | 6.99% |
| NUESTRA SEÑORA DE COVADONGA | 9062 | T/L | 03/01/20 | 100,503.79 | 60,844.26 | 6.99% |
| PARROQUIA SANTO CRISTO DE LOS MILAGROS | 9070 | T/L | 03/01/20 | 485,763.98 | 196,566.07 | 6.75% |
| SANTA TERESA DE JESÚS | 9071 | T/L | 11/16/21 | 58,025.06 | 43,985.03 | 7.65% |
| SANTO DOMINGO DE GUZMÁN | 9072 | T/L | 11/22/21 | 122,060.88 | 112,021.29 | 7.65% |
| SAN JUAN DE LA CRUZ | 9073 | T/L | 06/21/23 | 3,378,078.00 | 3,362,863.94 | 4.00% |
| LA MILAGROSA | 9074 | T/L | 06/28/22 | 82,835.70 | 66,296.70 | 5.75% |
| MARÍA MADRE DE MI SEÑOR | 9076 | T/L | 06/28/23 | 142,201.22 | 141,374.62 | 5.75% |
| SAN PÍO X | 9077 | T/L | 06/28/23 | 92,345.59 | 91,810.59 | 6.95% |
| ESPÍRITU SANTO | 0028 | T/L | 04/16/23 | 275,000.20 | 68,924.59 | 6.80% |
| | 9075 | T/L | 06/28/23 | 83,165.71 | 82,651.31 | 5.75% |
| CRISTO REY | 0040 | T/L | 07/30/24 | 200,000.00 | 63,673.46 | 6.80% |
| | 0051 | T/L | 12/30/25 | 50,000.00 | 19,309.78 | 6.80% |
| ROMAN CATHOLIC CHURCH - ID#0072311 | | | | 9,857,186.22 | 6,506,425.20 | |

EXHIBIT

11

## UNSWORN STATEMENT UNDER PENALTY OF PERJURY

I, Father Alberto Figueroa, of legal age, single, resident of San Juan and General Vicar of the Arquidiócesis de San Juan de Puerto Rico (" the Archdiocese") under the most solemn oath declare as follows:

1. That I have the above stated personal circumstances.

2. That I am the General Vicar of the Archdiocese.

3. That the Archdiocese has an Employer Identification Number: 66-098351 issued by the Department of Treasury, Internal Revenue Service. (See Exhibit 1 to the Complaint)

4. That the Archdiocese multiple bank accounts in Banco Popular de Puerto Rico ("BPPR") under EIN 66-0198351. (See Exhibits 5 and 6 of the Complaint)

5. That the Archdiocese serves as guarantor to multiple loans made by the parishes with BPPR in the total amount of over $6.5M. (See Exhibit 10 of the Complaint) The Archdiocese is also guarantor to the Parishes in additional loans with other banks.

6. That the Archdiocese owns real property throughout the ecclesiastical territory which is registered in the Registry of Property under its name.

7. The Archdiocese is an unincorporated Catholic religious association, comprising the northeast portion of the island of Puerto Rico. It was canonically erected by Pope Julius II on August 8, 1511. What is known today as the Archdiocese of San Juan, was named at that time the Diocese of Puerto Rico. On November 21, 1924 its name was changed to the Diocese of San Juan in Puerto Rico, upon the creation of the Diocese of Ponce. With the creation of the Diocese of Arecibo on April 30,

1

1960, San Juan was raised to the status of an archdiocese, with the new Archbishop leading the ecclesiastical territory. Thereafter, the Diocese of Caguas was canonically erected on November 4, 1964, the Diocese of Mayaguez on March 1, 1976 and the Diocese of Fajardo-Humacao on May 11, 2008.

8. The Archdiocese of San Juan is composed of six (6) episcopal geographical regions as follows: (i) Vicary of Bayamón, (ii) Vicary of Carolina, (iii) Vicary of El Toa and La Plata, (iv) Vicary of Guaynabo/Puerto Nuevo, (v) Vicary of Río Piedras and (vi) Vicary of San Juan/Santurce. There are approximately 127 parishes and 138 chapels dedicated to the religious mission of the Catholic Church located within the vicaries. See Exhibit 3 of the Complaint.

9. Currently, the Archdiocese has 66 direct employees, providing also approximately 200 indirect jobs. Nevertheless, it is of utmost importance that aside from the direct and indirect jobs that the Archdiocese provides, its outreach impacts approximately 1,000,000 Catholics through the associated parishes, chapels, catholic schools, special institutions, seminars, homes and sanctuaries.

10. On August 29, 2018, the Archdiocese filed for relief pursuant to the provisions of Chapter 11 of the Bankruptcy Code. Since then, it has remained as Debtor in Possession, in compliance with all the requirements of the Bankruptcy Code and the US Trustee guidelines.

11. The Archdiocese's Chapter 11 bankruptcy filing was prompted by the series of pre-judgment attachments made on account of an order entered by the First Instance Court, San Juan Part in the State Court Litigation.

2

12. The State Court Litigation is centered on claims made by several beneficiaries to a multiple employer Pension Plan created by the Superintendence of the Catholic Schools of the Archdiocese of San Juan which was terminated in 2016. The Archdiocese was one of the participating employers. As of this date there is no adjudicated liability to any of the employers of the Pension Plan, nor has the case even gone to trial. Furthermore, the Parishes were not a named defendant in this case, nor were they an employers under the Plan.

13. Within the one (1) week prior to the bankruptcy filing Defendants caused the attachment of certain account holding the approximate amount of $4.7M. These attachments were effected against the accounts of the Archdiocese and the Parishes, who were never part of the litigation.

14. The majority of the funds are currently held in bank accounts located in BPPR which are currently subject to an administrative freeze. Of these funds $3.8M are funds of the Parishes of the Archdiocese. See Exhibit 4 of the Complaint. There are still also certain funds of the Archdiocese that were garnished through the Marshal's Office of the Court of First Instance of Puerto Rico, San Juan Part.

15. In sum the total amounts that were garnished or subject to an administrative freeze are as follows[1]:

    a. 21 accounts under Archdiocese's EIN and name in the total amount of $606,569.13. These amounts were attached and a check was given to the marshal by BPPR for this amounts.[2] See Exhibit 5 of the Complaint.

---

[1] These amounts were provided by BPPR but may be subject to change and verification by the Archdiocese.
[2] After the automatic stay was entered, these funds have been requested but the Marshal has refused to return the same.

3

    b.  12 accounts with the Archdiocese's EIN, but in the name of related third parties, in the total amount of $341,449.61. The attachment of the funds in these accounts was unperfected at the time of the bankruptcy filing. Therefore the funds were "released".[3] See Exhibit 6 of the Complaint.

    c.  At least 160 accounts in the name and EIN of the Parishes in the total amount of $3.8M. These funds are currently subject to an "administrative freeze" pending entry of an order by this Court.[4]

16.  On the date of the filing of the bankruptcy petition the Archdiocese, through counsel, contacted BPPR in order to request the release of all of the frozen funds. See Exhibit 8 of the Complaint.

17.  Upon the filing of the Archdiocese's bankruptcy petition the State Court Litigation was stayed by the Court of First Instance and the case was closed. See Exhibit 9 of the Complaint.

18.  BPPR "released" the funds that were under the EIN number of the Archdiocese.[5] BPPR has maintained the "administrative freeze" of at least 160 accounts of the Parishes. The Parishes have little or no money to operate since their account balances have been frozen.

19.  Upon information and belief, after the filing of the bankruptcy petition the Defendants, through counsel, have sought to enforce the attachment order and threatened BPPR with litigation, should the bank release the funds of the Parishes.

---

[3] Even though BPPR informed the Archdiocese that it had "released" these accounts, the Archdiocese has been informed that BPPR has denied access to the funds.
[4] BPPR requested on three (3) occasions that the state court clarify the extent of the attachment order to no avail. See Exhibit 7 of the Complaint.
[5] Even though BPPR informed the Archdiocese that it had "released" these accounts, the Archdiocese has been informed that BPPR has denied access to the funds.

4

20. The inability of the Archdiocese and the Parishes to access the funds has severely impacted the entire operation and mission of the Parishes and the Archdiocese.

21. The Parishes need on urgent basis to have access to the frozen funds in the BPPR accounts to continue with their operation and their Catholic mission. The lack of funds to operate causes irreparable harm to the Parishes and consequently to the Archdiocese.

22. The Archdiocese needs to maintain its operation in order for the Catholic mission of the Church to evangelize through the Parishes. If the Parishes close because they cannot operate due to the lack of funds, the operations and mission of the Archdiocese will be hampered. This will not only impact the Archdiocese and the Parishes, but also approximately 1,000,000 Catholics in the Archdiocese of San Juan.

23. Moreover, the economic condition of the Archdiocese will worsen since BPPR will claim to the bankruptcy estate approximately over $6.5M in loans given to the Parishes and guaranteed by the Archdiocese. Also, the Archdiocese will be subject to claims from other banks to which it has given guarantees on behalf of loans provided to the Parishes. See Exhibit 10 of the Complaint.

24. Furthermore, the Parishes provide significant income to the Archdiocese. Should the Parishes stay the contributions to the Archdiocese, it will have less funds available to provide payment to its creditors through a Plan of Reorganization.

25. Up to this date the Debtor and the Parishes face a financial crisis, which includes, but is not limited to:

5

a. Imminent hampering of operation of the Parishes which would redound in extreme limitation of the Catholic mission and the services provided to approximately 1,000,000 Catholics in the San Juan Archdiocese

b. Erosion of confidence in the Debtor and its Parishes by the public;

c. Delay in the on-time payment of the payroll of the employees of the Parishes needed to maintain the operations in the Parishes.

d. The lack of payroll payments has again impacted the stability of the staff of the Parishes and their ability to comply with their independent financial commitments.

e. The possible resignations of the employees the Parishes could most likely result in the closing of the Parishes or limitation of their services and their ability to continue with their mission and impacting the Archdiocese with its duty to provide its services to the Catholic community.

f. The inability of the Parishes to provide payment to the health plan which covers not only the employees but also the active priests and the retired priests, some which have health conditions that require immediate care and attention.

g. The inability of the Parishes to comply with their financial obligations to their respective secured creditors, including but not limited to utilities, mortgages, governmental institutions and other vendors.

h. The ability of the Parishes to conduct the charitable services and assistance that they provide to the homeless and underprivileged population in the archdioceses, including but not limited to programs like Cáritas, who helps

6

a Cáritas program. The Cáritas program impacts hundreds of thousands of people in need.

i.  The income of the Archdiocese will also be affected since approximately 14% of its income comes from the Parishes. Thus, the reorganization process will be affected since the funds available to pay creditors will be reduced.

j.  If the Parishes do not have immediate access to the funds that have been frozen in their BPPR accounts, their daily operations will be heavily impacted, including but not limited to the payments for maintenance, utilities, food, transportation etc. This does not include the impact to their Catholic mission. This will in turn have a direct impact in the operations of the Archdiocese and in its reorganization.

k.  Moreover, the Parishes have the obligation to pay the health insurance and maintenance of the priests. If the Parishes do not have the funds to make such payments, the Archdiocese has the obligation to provide for such payments.

That the above stated is the truth and nothing but the truth and I declare the same under penalty of perjury.

In San Juan, Puerto Rico, this 3rd day of September, 2018.

Father Alberto Figueroa
General Vicar of the Arquidióceses de San Juan de Puerto Rico

7