IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO <br><br> **Debtor in Possession** | CASE NO.: 18-04911 (EAG) <br><br> CHAPTER 11 |

## MOTION TO INFORM

**TO THE HONORABLE COURT:**

**COMES NOW**, Arquidiócesis de San Juan de Puerto Rico, ("The Archdiocese"), through the undersigned attorney, and very respectfully STATES and PRAYS:

1. On December 21, 2018, a hearing was held in order to consider, among other issues the Motion to Compel production of the Schedules and Monthly Operating reports for the Dioceses of Ponce, Diocese of Mayaguez and the information related to the Diocese of Arecibo prior to its incorporation. The Court ordered the Debtor, among other things, to submit by January 18, 2019 a Joint Motion with the United States Trustee ("UST") establishing the time table for the submission of the pending documents in this case i.e. Amended Voluntary Petition, Amended Schedules, Amended Statement of Financial Affairs, Meeting of Creditors, proposed extended Bar Date. (Docket 216)

2. The Debtor herein wishes to inform the Court that it tried to contact the attorney of the UST, José Carlos Díaz, Esq. on January 15, 2018 in order to discuss the recent pleadings filed, the status of the case and the alternatives for the time table requested by the Court. Nevertheless, counsel for the UST is currently furloughed and has not been restored to his position. **Exhibit 1**

3. The Debtor will continue to try and contact the UST next week and will inform this Honorable Court accordingly prior to the hearing scheduled for January 25, 2018.

**WHEREFORE,** the Debtor respectfully request that this Honorable Court take notice of the above stated.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 18th day of January, 2019.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the parties therein registered to receive Notice including the US Trustee, the Dioceses of Ponce and Mayaguez and by first class mail to the Diocese of Arecibo through its legal counsel, Ms. Mariana Carreras and Ms. Eglantina Astor Acosta as per their address of record.

**C. CONDE & ASSOC.**
254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901-1523
Telephone: 787-729-2900
Facsimile: 787-729-2203
E-Mail: *condecarmen@condelaw.com*
*/S/Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
USDC No. 207312
*/S/Luisa S. Valle Castro*
Luisa S. Valle Castro
USDC 215611

# Automatic reply: ARQUIDIOCESIS DE SAN JUAN BANK CASE - SOLICITUD REUNIÓN PARA EL JUEVES 17 DE ENERO DE 2019

Diaz-Vega, Jose C. (USTP) <Jose.C.Diaz-Vega@usdoj.gov>

Tue 1/15/2019 4:23 PM

To: Office Assistant <assistant@condelaw.com>;

The appropriation that funds my salary has lapsed, and as a result I have been furloughed and am currently out of office. If your matter is urgent, you may leave a message at 787-729-7444 and your call will be returned as soon as possible. Otherwise, I will respond to your email after funding has been restored. We apologize for the inconvenience.