IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF:<br><br>ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO<br><br>Debtor | CASE NO.: 18-04911 (EAG)<br><br>CHAPTER 11 |

**MOTION SUBMITTING DETAIL OF C. CONDE & ASSOCIATES SERVICES FOR THE PERIOD OF NOVEMBER 1, 2019 TO NOVEMBER 30, 2019**

**TO THE HONORABLE COURT:**

**COMES NOW**, Arquidiócesis de San Juan de Puerto Rico, ("The Archdiocese") through its undersigned attorney and very respectfully states and prays:

1. Compensation requested is in the total amount of $2,844.35 of which $2,787.50 are for fees and $56.85 for expenses.

2. On August 29, 2018, the Archdiocese filed an Application for Employment of Debtor's Attorney (Docket No. 3).

3. On September 10, 2018 the Archdiocese filed a Supplement to the Application for Employment (Docket No. 39).

4. On October 17, 2018, the US Trustee filed its position as to the Application for Employment as supplemented, wherein it was clarified that that the undersigned would submit the invoices on a monthly basis and provide a fourteen (14) day objection period. It was further agreed with the US Trustee that payment will only be made upon approval of the Court. (Docket 83)

5. On October 22, 2018, the Court approved the Application for Employment as supplemented. See Docket No. 86.

1

6. In compliance with this Honorable Court's Order the undersigned is herein submitting the detail of the services provided by C. Conde & Assoc. for the period of November 1, 2019 to November 30, 2019 in the total amount of $2,844.35 of which $2,787.50 are for fees and $56.85 for expenses. See Exhibits 1 and 2.

7. Due to the specific conditions of this Debtor and the fact that no retainer was received, the undersigned was allowed to bill on a monthly basis and collect 80% of the monthly invoice after fourteen (14) day notice and approval by the Court. The undersigned is allowed to collect the remaining 20% of this application upon the filing and approval of the Court.

8. Prior applications of this attorney are as follows:

a. August 26, 2018 to September 30, 2018 in the total amount of $115,949.30 of which $101,195.00 were fees and $14,754.30 were expenses. A ten percent (10%) courtesy discount was applied to the first monthly invoice in the amount of $10,119.50 for the total amount of $94,112.80. The same was filed on October 26, 2019 and approved on November 27, 2018, (See Docket Nos. 102 and 157). The Debtor has no balance due. (See also Docket Nos. 105 and 145).

b. October 1, 2018 to October 31, 2018 in the total amount of $44,186.45 of which $42,220.00 were fees and $1,966.45 were expenses. The same was filed on November 28, 2018 and approved on December 21, 2018. (See Docket Nos. 168 and 217). The Debtor has no balance due. (See also Docket No. 169).

c. November 1, 2018 to November 30, 2018 in the total amount of $51,013.72 of which $43,920.00 were fees and $7,093.72 were expenses. The same was filed on January 21, 2019 and approved on February 21, 2019. The Debtor has no balance due. (See Docket Nos. 259, 260 and 308)

d. December 1, 2018 to December 31, 2018 in the amount of $37,921.84 of which $37,222.50 were fees and $699.34 were expenses. The same was approved on February 28, 2019 by this Court. (See Docket Nos. 292 and 329). The Debtor has no balance due. (See also Docket Nos. 294).

e. January 1, 2019 to January 31, 2019.in the total amount of $26,817.53 of which $24,605.00 were fees and $2,212.53 were expenses. The same was filed on March 8,

2019 and approved on May 3, 2019 by this Court. The Debtor has no balance due. (See Docket Nos. 346, 347 and 407).

f. February 1, 2019 to February 28, 2019 in the total amount of $32,826.40 of which $32,115.00 were fees and $711.40 were expenses. The same was filed on May 3, 2019. Since the case was dismissed no order will be entered. The Debtor has no balance due. (See Docket Nos. 408, 409).

g. March 1, 2019 to March 31, 2019 in the total amount of $30,072.58 of which $29,347.50 were for fees and $725.08 for expenses. The same was filed on May 20, 2019. Since the case was dismissed no order will be entered. The Debtor has no balance due. (See Docket Nos. 416 and 417).

h. April 1, 2019 to April 30, 2019 in the amount of $32,522.31 of which $31,605.00 were fees and $917.31 were expenses. The same was filed on June 28, 2019. Since the case was dismissed no order will be entered. The Debtor has a balance due in the amount of $24,692.96. (See Docket Nos. 438 and 439).

i. May 1, 2019 to May 30, 2019 in the total amount of $6,371.33 of which $5,837.50 were fees and $533.83 were expenses. The same was filed on August 29, 2019. Since the case was dismissed no order will be entered. The Debtor has a balance due in the amount of $6,371.33. (See Docket Nos. 457 and 458).

j. June 1, 2019 to June 30, 2019 in the total amount of $5,991.15 of which $5,862.50 were fees and $128.65 were expenses. The same was filed on October 8, 2019. Since the case was dismissed no order will be entered. The Debtor has a balance due in the amount of $5,991.15. (See Docket No. 474 and 475).

k July 1, 2019 2019 to July 31, 2019 in the total amount of $19,252.05 of which $18,862.50 were fees and $389.55 were expenses. The same was filed on October 10, 2019. (See Docket No. 476). Since the case was dismissed no order will be entered. The Debtor has a balance due in the amount of $19,252.05.

l August 1, 2019 to August 31, 2019 in the total amount of $5,144.63 of which $4,937.50 were fees and $187.13 were expenses. The same was filed on November 27, 2019. Since the case was dismissed no order will be entered. The Debtor has a balance due in the amount of $5,144.63. (See Docket No. 487).

m September 1, 2019 to September 30, 2019 in the total amount of $10,415.70 of which $10,317.50 were fees and $98.20 were expenses. The same was filed on January 15, 2020. Since the case was dismissed no order will be entered. The Debtor has a balance due in the amount of $10,415.70. (See Docket No. 495).

n October 1, 2019 to October 31, 2019 in the total amount of $3,046.85 of which $2,860.00 were fees and $186.85 were expenses. The same was filed on February7th, 2020. Since

the case was dismissed no order will be entered. The Debtor has a balance due in the amount of $3,046.85. (See Docket No.505).

9. This application cover the services provided by C. Conde & Assoc. for the period of November 1, 2019 to November 30, 2019. Much of the work performed was related to administrative matters related to the compliance of chapter 11 responsibilities, including the reviewing and filing of Monthly Operating Report.

10. A copy of this Motion has been served upon the U.S. Trustee, pursuant to Federal Rule of Bankruptcy Procedures 2014 and to the secured creditors, governmental entities, 20 largest unsecured creditors, Ms. Mariana Carreras and Ms. Eglantina Astor Acosta.

**WHEREFORE,** the undersigned prays to this Honorable Court to take notice of the above stated and allow the payment of the fees herein requested for the period of November 1, 2019 to November 30, 2019, in the manner stated above, as allowed by the Court.

**RESPECTFULLY SUBMITTED.**

In San Juan, P.R. this 11th day of February, 2020.

### NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this document has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this Motion will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may - in its discretion - schedule a hearing.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the parties therein registered to receive Notice including the US Trustee and by first class mail to Ms. Mariana Carreras and Ms. Eglantina Astor Acosta as per their address of record.

**I FURTHER CERTIFY** that on this same date a copy of this Notice was served via First Class Mail to secured creditors, to governmental entities and to the twenty (20) largest unsecured creditors as allowed by the Court at Docket No. 65.

- MARTHA L ACEVEDO PENUELA    martha.acevedo@oneillborges.com, docket_clerk@oneillborges.com;martha.acevedo@ecf.courtdrive.com;virginia.martinez@oneillborges.com;milagros.pabon@oneillborges.com

- FERNANDO E. AGRAIT    agraitfe@agraitlawpr.com

- Francisco J. Amundaray    fjamundaray@aol.com, fjamundaray@me.com

- HERMANN D BAUER ALVAREZ    herman@oneillborges.com, rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

- HERMANN D BAUER ALVAREZ    herman.bauer@oneillborges.com, rebeca.rodriguez@oneillborges.com;docket_clerk@oneillborges.com;puerto-rico-counsel-8138@ecf.pacerpro.com;hermann.bauer@ecf.courtdrive.com

- ANTONIO BAUZA SANTOS    antonio.bauza@bioslawpr.com

- ANTHONY L BINI DEL VALLE    abinilaw@yahoo.com

- GERMAN BRAU RAMIREZ    german.brau@bioslawpr.com, dannette.negron@bioslawpr.com;germanbrau@hotmail.com

- IVAN M CASTRO ORTIZ    icastro@alblegal.net

- JOSE R CINTRON RODRIGUEZ    j-cintron-djur@prepa.com

- CARMEN D CONDE TORRES    notices@condelaw.com, conde.associates@gmail.com

- CHARLES ALFRED CUPRILL    cacuprill@cuprill.com, ccuprill@cuprill.com;docket@cuprill.com;luis@cpacarrasquillo.com

- VERONICA DURAN CASTILLO    vduran@bppr.com, duranvero@gmail.com

- CARMEN PRISCILLA FIGUEROA BELL    cfigueroa@crimpr.net, cpfbkcy@gmail.com

- LUIS FRED SALGADO    luisfredsalgado@hotmail.com

- MARY ANN GANDIA    gandialaw@gmail.com

- ARTURO GONZALEZ MARTIN    agm017@yahoo.com, agm017@gmail.com

- MONSITA LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov

5

- JOSE R. PEREZ-HERNANDEZ    jrperezhernandez@lawyer.com

- CARLOS A PIOVANETTI DOHNERT    piovanet@coqui.net

- CARLOS A QUILICHINI PAZ    quilichinipazbkc@gmail.com

- ALFREDO F. RAMIREZ MACDONALD    alfredo.ramirez@oneillborges.com, marta.koplik@oneillborges.com

- MIGDA L RODRIGUEZ COLLAZO    bankruptcyjusticia.gobierno.pr@gmail.com, mlrcbankruptcy@gmail.com

- CARLOS A RUIZ RODRIGUEZ    carlosalbertoruizquiebras@gmail.com, carquiebras@ecf.courtdrive.com

- JOSE ANGEL SANTINI BONILLA    santilawoffice@yahoo.com

- JUAN A SANTOS BERRIOS    santosberriosbk@gmail.com, bkcsantosb@gmail.com;bksantosberrios2@gmail.com

- JUAN MANUEL SUAREZ COBO    suarezcobo@gmail.com, pennyrose@legalpartnerspr.com;ecf.suarezcobo@gmail.com;R40319@notify.bestcase.com;noemi@legalpartnerspr.com;maribel@legalpartnerspr.com;cgonzalez@legalpartnerspr.com

- LUIS M SUAREZ LOZADA    suarez@caribe.net, suarezlozadalawoffices@gmail.com;luissuarezlozada@gmail.com

- David A. Samole    das@kttlaw.com

- US TRUSTEE    ustpregion21.hr.ecf@usdoj.gov

- LUISA S VALLE CASTRO    notices@condelaw.com, ls.valle@condelaw.com,conde.associates@gmail.com,

- WILLIAM M VIDAL    william.m.vidal@gmail.com

C. CONDE & ASSOC.
/S/ *Carmen D. Conde Torres*
Carmen D. Conde Torres, Esq.
USDC No. 207312
254 San José Street, 5th Floor
Old San Juan, Puerto Rico 00901-1523
Telephone: 787-729-2900
Facsimile: 787-729-2203
E-Mail: *condecarmen@condelaw.com*

6



# C. CONDE & ASSOC

254 San José Street
Suite 5
San Juan, PR 00901-1523

November 30, 2019

Invoice submitted to:
C/O Monseñor Roberto Gonzalez

Invoice # 2018044

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 03. Employment of Professionals | 0.10<br>300.00/hr | 30.00 |
| 04. Case Administration | 1.50<br>280.00/hr | 420.00 |
| 06. Monthly Operating Reports | 4.00<br>218.75/hr | 875.00 |
| 09. Pending Litigation | 0.70<br>300.00/hr | 210.00 |
| 15. Violation of Stay Marshall 18-00100 ADV | 0.30<br>300.00/hr | 90.00 |
| 16. Viol. of Automatic Stay and 547,548 18-00099 ADV | 0.30<br>300.00/hr | 90.00 |
| 17. Yali Acevedo USDC 18-1060 | 0.30<br>300.00/hr | 90.00 |

C/O Monseñor Roberto Gonzalez                                                                            Page 2

| | Hrs/Rate | Amount |
|---|---|---|
| 18. Appeal F.Circuit 18-1931 (Nunc Pro Tunc Order) | 0.30 300.00/hr | 90.00 |
| 21. Adv. BPPR Removal 18-00115 | 0.30 300.00/hr | 90.00 |
| 24. Martinez Ivette et als. | 1.60 295.31/hr | 472.50 |
| 28. Certiorari to Supreme Court | 0.50 300.00/hr | 150.00 |
| 30. 18-01600 (USDC) Ponce/Mayaguez | 0.30 300.00/hr | 90.00 |
| 31. BAP PR 19-17 | 0.30 300.00/hr | 90.00 |
| For professional services rendered | 10.50 | $2,787.50 |

Additional Charges :

| | Qty/Price | |
|---|---|---|
| Other | 453 0.13 | 56.85 |
| Total costs | | $56.85 |
| Total amount of this bill | | $2,844.35 |
| Balance due | | $77,729.02 |

# C. CONDE & ASSOC

254 San José Street
Suite 5
San Juan, PR 00901-1523

November 30, 2019

Invoice submitted to:
C/O Monseñor Roberto Gonzalez

Invoice # 2018044

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **03. Employment of Professionals** | | | |
| 11/1/2019 | CDC | Receive and Review collection letter from Mr. Wigberto Lugo, Debtor's Special Accountant for Diocese of San Juan. Draft and Review response. | 0.10 300.00/hr | 30.00 |
| | SUBTOTAL: | | [ 0.10 | 30.00] |
| | **04. Case Administration** | | | |
| 11/4/2019 | CDC | Print and Review Docket. | 0.10 300.00/hr | 30.00 |
| 11/12/2019 | CDC | Print and Review Docket. | 0.10 300.00/hr | 30.00 |
| 11/13/2019 | CDC | Receive and Review Auditor's letter re: The audit of financial statements for the year ended December 31, 2018. | 0.50 300.00/hr | 150.00 |

C/O Monseñor Roberto Gonzalez      Page 2

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/15/2019 | MS | Draft and Review email to Co-Counsel Mary Ann Gandia, Mr. Jose Victor Jimenez and Mr. Roberto Santiago confirming a meeting with attorney Conde to discuss action to follow re: US Trustee Quarterly Fees. | 0.10 150.00/hr | NO CHARGE |
| 11/18/2019 | CDC | Print and Review Docket. | 0.10 300.00/hr | 30.00 |
| 11/25/2019 | CDC | Print and Review Docket. | 0.10 300.00/hr | 30.00 |
| 11/27/2019 | CDC | Meeting with Ms. Sandra Rodriguez to discuss action to follow and debt to UST. | 0.50 300.00/hr | 150.00 |
| | | SUBTOTAL: | [ 1.50 | 420.00] |

### 06. Monthly Operating Reports

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/18/2019 | CDC | Meeting with counsels and accountants to discuss Monthly Operating Report and UST fees. | 1.00 300.00/hr | 300.00 |
| 11/21/2019 | CDC | Receive and Review Archdiocese of San Juan's Monthly Operating Report for the Month of October 2019 | 1.00 300.00/hr | 300.00 |
| | CDC | Receive and Review Diocese of Caguas' Monthly Operating Report for the Month of October 2019. | 0.50 300.00/hr | NO CHARGE |
| | CDC | Receive and Review Diocese of Fajardo-Humacao Monthly Operating Report for the Month of October 2019 | 0.50 300.00/hr | NO CHARGE |

C/O Monseñor Roberto Gonzalez　　　　　　　　　　　　　　　　　　　　　　Page 3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/21/2019 | CDC | Receive and Review Consolidated Monthly Operating Report for the Month of October 2019 | 0.50<br>300.00/hr | 150.00 |
|  | WA | File Monthly Operating Reports for October 2019 | 0.50<br>250.00/hr | 125.00 |
|  |  | SUBTOTAL: | [ 4.00 | 875.00] |

### 09. Pending Litigation

| 11/11/2019 | CDC | Receive and Review Motions, amended judgment and resolution. re: Carmi Construction Corp v. Archidioceses case no. KLAN201701028 (Tribunal de Primera Instancia San Juan) | 0.50<br>300.00/hr | 150.00 |
|---|---|---|---|---|
| 11/12/2019 | CDC | Review Docket, re: Ivette Martinez v. Iglesia Catolica Case No.: 16-2077 (District Court), (Conference call to be held) | 0.20<br>300.00/hr | 60.00 |
|  |  | SUBTOTAL: | [ 0.70 | 210.00] |

### 15. Violation of Stay Marshall 18-00100 ADV

| 11/4/2019 | CDC | Print and Review Docket. Funds still consigned. | 0.10<br>300.00/hr | 30.00 |
|---|---|---|---|---|
| 11/12/2019 | CDC | Print and Review Docket. Funds still consigned | 0.10<br>300.00/hr | 30.00 |
| 11/18/2019 | CDC | Print and Review Docket. Funds still consigned | 0.10<br>300.00/hr | 30.00 |
|  |  | SUBTOTAL: | [ 0.30 | 90.00] |

Case:18-04911-EAG11 Doc#:507 Filed:02/11/20 Entered:02/11/20 11:52:41 Desc: Main
Document Page 12 of 17

C/O Monseñor Roberto Gonzalez            Page 4

| | Hrs/Rate | Amount |
|---|---|---|

### 16. Viol. of Automatic Stay and 547,548 18-00099 ADV

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/4/2019 | CDC | Print and Review Docket. | 0.10 300.00/hr | 30.00 |
| 11/12/2019 | CDC | Print and Review Docket. | 0.10 300.00/hr | 30.00 |
| 11/18/2019 | CDC | Print and Review Docket. | 0.10 300.00/hr | 30.00 |
| | | SUBTOTAL: | [ 0.30 | 90.00] |

### 17. Yali Acevedo USDC 18-1060

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/4/2019 | CDC | Print and Review Docket. | 0.10 300.00/hr | 30.00 |
| 11/12/2019 | CDC | Print and Review Docket. | 0.10 300.00/hr | 30.00 |
| 11/18/2019 | CDC | Print and Review Docket. | 0.10 300.00/hr | 30.00 |
| | | SUBTOTAL: | [ 0.30 | 90.00] |

### 18. Appeal F.Circuit 18-1931 (Nunc Pro Tunc Order)

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/4/2019 | CDC | Print and Review Docket. | 0.10 300.00/hr | 30.00 |
| 11/12/2019 | CDC | Print and Review Docket. | 0.10 300.00/hr | 30.00 |
| 11/18/2019 | CDC | Print and Review Docket. | 0.10 300.00/hr | 30.00 |

C/O Monseñor Roberto Gonzalez                                                                          Page 5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | SUBTOTAL: | [ 0.30 | 90.00] |

### 21. Adv. BPPR Removal 18-00115

| 11/4/2019 | CDC | Print and Review Docket. | 0.10<br>300.00/hr | 30.00 |
| 11/12/2019 | CDC | Print and Review Docket. | 0.10<br>300.00/hr | 30.00 |
| 11/18/2019 | CDC | Print and Review Docket. | 0.10<br>300.00/hr | 30.00 |
| | SUBTOTAL: | | [ 0.30 | 90.00] |

### 24. Martinez Ivette et als.

| 11/1/2019 | CDC | Receive and Review memo from Attorney Luis Pellot to Monsignor. Draft and Review email to Gary Ramirez re: Possible transaction with the Martinez case. | 0.30<br>300.00/hr | 90.00 |
| 11/8/2019 | CDC | Multiple emails received from client and Mr. Zorrilla re: settlement agreement. Draft and Review responses. Teleconference with Mr. Ramirez. | 0.50<br>300.00/hr | 150.00 |
| | LSV | Inter Office Meeting to discuss recent communications with counsels re: posible settlement with Martinez plaintiffs and effects it may have on SCOTUS certiorari and conference call with Gary Ramirez | 0.30<br>275.00/hr | 82.50 |
| 11/12/2019 | CDC | Prepare for conference call. re: Possible Settlement. | 0.50<br>300.00/hr | 150.00 |

C/O Monseñor Roberto Gonzalez                                                                 Page  6

|  |  | Hrs/Rate | Amount |
|---|---|---:|---:|
|  | SUBTOTAL: | [    1.60 | 472.50] |

### 28. Certiorari to Supreme Court

| 11/25/2019 CDC | Receive and Review various emails re: Legal Personality of Opus Die and Dioceses. Telephone call out Monseñor |  | 0.50<br>300.00/hr | 150.00 |
|---|---|---|---:|---:|
|  | SUBTOTAL: |  | [    0.50 | 150.00] |

### 30. 18-01600 (USDC) Ponce/Mayaguez

| 11/4/2019 CDC | Print and Review Docket. | 0.10<br>300.00/hr | 30.00 |
|---|---|---:|---:|
| 11/12/2019 CDC | Print and Review Docket. | 0.10<br>300.00/hr | 30.00 |
| 11/18/2019 CDC | Print and Review Docket. | 0.10<br>300.00/hr | 30.00 |
|  | SUBTOTAL: | [    0.30 | 90.00] |

### 31. BAP PR 19-17

| 11/4/2019 CDC | Print and Review Docket. | 0.10<br>300.00/hr | 30.00 |
|---|---|---:|---:|
| 11/12/2019 CDC | Print and Review Docket. | 0.10<br>300.00/hr | 30.00 |
| 11/18/2019 CDC | Print and Review Docket. | 0.10<br>300.00/hr | 30.00 |
|  | SUBTOTAL: | [    0.30 | 90.00] |

C/O Monseñor Roberto Gonzalez                                                                                    Page 7

|  |  | Hours | Amount |
|---|---|---|---|
|  | For professional services rendered | 10.50 | $2,787.50 |

Additional Charges :

|  |  | Qty/Price |  |
|---|---|---|---|
| 11/6/2019 | Copying cost/ Caso Carmi Construction Corp.vs. Iglesia por cobro de dinero re: saber estatus actual del caso de quiebra. | 77<br>0.25 | 19.25 |
| 11/30/2019 | Docket cost for printing pages through Internet during the month of November 2019 | 376<br>0.10 | 37.60 |
|  | Total costs |  | $56.85 |
|  | Total amount of this bill |  | $2,844.35 |
|  | Previous balance |  | $74,884.67 |
|  | Balance due |  | $77,729.02 |

| Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|
| 2,844.35 | 3,046.85 | 10,415.70 | 5,114.63 | 56,307.49 |

Twenty Largest Unsecured Creditors and Secured Creditors:

## ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO:

Secured Creditors:

Twenty Largest Unsecured Creditors:

BANCO POPULAR DE PR
PO BOX 362708
SAN JUAN, PR 00936-2708

YALI ACEVEDO FELICIANO, ET ALS
C/O ANTONIO BAUZA SANTOS
PO BOX 13369
SAN JUAN, PR 00908

BANCO POPULAR DE PR
PO BOX 362708
SAN JUAN, PR 00936-2708

NUNCIATURA APOSTOLICA
VILLA CAPARRA EXECUTIVE
229 CARR. #2 APTO. 14E
GUAYNABO, PR 00966

CARITAS DE PUERTO RICO
PO BOX 8812
SAN JUAN, PR 00910-0812

PARROQUIA MADRE CABRINI
URB. CAPARRA HEIGHTS
1564 CALLE ENCARNACION
SAN JUAN, PR 00920

ACADEMIA NUESTRA SRA.
DE LA PROVIDENCIA
URB. SAN GERARDO
1731 CALLE SANTA AUEDA
SAN JUAN, PR 00926

COMISARIA DE TIERRA SANTA
PO BOX 10202
SAN JUAN, PR 00902

SCHUSTER AGUILO LLC
PO BOX 363128
SAN JUAN, PR 00936-3128

CANNON DE PUERTO RICO
PO BOX 94030
SAN JUAN, PR 00919-4030

EGLANTINA ASTOR ACOSTA
COUNTRY CLUB
871 JUAN B. ROMAN
SAN JUAN, PR 00924

POPULAR AUTO
1901 AVE. JESUS T. PIÑERO
SUITE 466
SAN JUAN, PR 00920-5608

PREPA
PO BOX 363508
SAN JUAN, PR 00936-3508

THE OFFICE SHOP
PO BOX 195497
SAN JUAN, PR 00919-5497

ROCHET CONSULTING GROUP
PO BOX 270032
SAN JUAN, PR 00928-2832

FACILITIES MANAGEMENT
PO BOX 366586
SAN JUAN, PR 00936-6586

PODA LANDSCAPING
BRISAS DE CANOVANAS
CALLE ZUMBADOR #55
CANOVANAS, PR 00729

CANCIO NADAL RIVERA & DIAZ PSC
403 MUNOZ RIVERA AVE.
SAN JUAN, PR 00918-3345

AT&T MOBILITY
PO BOX 70261
SAN JUAN, PR
00936-8261

JRM PROFESSIONAL PAINTING Y/O RAFAEL ROD
REPARTO VALENCIANO
CALLE ACACIAS K-14
JUNCOS, PR 00777

REICHARD SANTIAGO & ASSOC., PSC
301 CONDOMINIO EL CENTRO II
500 MUNOZ RIVERA AVE
SAN JUAN, PR 00918-3315

MARIANA CARRERAS
COUNTRY CLUB
903 LUIS MUÑOZ COLON
SAN JUAN, PR 00924

**Governmental Entities:**

CRIM
PO BOX 195387
SAN JUAN, PR 00919-5387

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR 00902-4140

DEPT. DEL TRABAJO Y RECURSOS HUMANOS
PO BOX 191020
SAN JUAN, PR 00919-1020

IRS
CITIVIEW PLAZA NO II
48 CARR 165 SUITE 2000
GUAYNABO, PR 00968-8000

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

PR DEPARTMENT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

MUNICIPALITY OF PONCE
PO BOX 1709
PONCE, PR 00733-1709

MUNICIPALITY OF SAN JUAN
PO BOX 70179
SAN JUAN, PR 00936-7179

US DEPARTAMENT OF JUSTICE
PO BOX 227
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0227

PRASA
PO BOX 7066
SAN JUAN, PR 00916-7066

PREPA
PO BOX 3670151
SAN JUAN, PR 00936-0151

STATE INSURANCE FUND
PO BOX 365028
SAN JUAN, PR 00936-5028

MUNICIPALITY OF ARECIBO
PO BOX 1086
ARECIBO, PR 00613-1086

MUNICIPALITY OF CAGUAS
PO BOX 907
CAGUAS, PR 00726-0907

MUNICIPALITY OF CATANO
PO BOX 428
CATANO, PR 00963-0428

MUNICIPIO DE GUAYNABO
APARTADO 7890
GUAYNABO, PR 00970-7890