# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> **ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO** <br><br> Debtor | **CASE NO.: 18-04911 (EAG)** <br><br> **CHAPTER 11** |

**ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO, DIOCESE OF CAGUAS AND DIOCESE OF FAJARDO-HUMACAO
CONSOLIDATED MONTHLY FINANCIAL REPORTS (BUSINESS)
FOR THE PERIOD FROM JANUARY 1, 2020 TO JANUARY 31, 2020**

    **COMES NOW** the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

    **RESPECTFULLY SUBMITTED.**

    In San Juan, Puerto Rico, this 5th day of March, 2020.

Debtor Address
and Phone Number

Antiguo Colegio Madre Cabrini
Urb. Caparra High 1564 Calle Encarnación
San Juan PR 00920
787-727-7373

*(signature)*
LUISA S. VALLE CASTRO, ESQ.
U.S.D.C No. 215611
ls.valle@condelaw.com

Attorney's Address
And Phone Number:

**C. CONDE & ASSOC.**
254 CALLE DE SAN JOSE
5TH FLOOR
SAN JUAN, PR 00901-1523
TEL. (787) 729-2900
FAX. (787) 729-2203
Email: condecarmen@condelaw.com

*/s/Carmen D. Conde Torres*
**CARMEN D. CONDE TORRES, ESQ.**
**U.S.D.C. No. 207312**

The Debtor has exercised its due diligence to obtain accurate and complete information. Nevertheless, this report may be subject to further amendments if additional information is received.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO  }  CASE NO.: 18-04911 EAG
}
Debtor  }  CHAPTER 11
}

COMBINED MONTHLY OPERATING REPORT OF ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO, DIOCESIS DE FAJARDO-HUMACAO AND DIOCESIS DE CAGUAS

FOR THE PERIOD BEGINNING ____January 1, 2020____ AND ENDING ____January 31, 2020____

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A"

|   |   | CURRENT MONTH | CUMMULATIVE PETITION TO DATE |
|---|---|---|---|
| A. | CASH AT BEGINNING OF PERIOD | $ 9,246,447 (A) | $ 9,465,877 |
|    | RECEIPTS: |   |   |
| 1. | Cash Income | - | - |
| 2. | Collection on A/R | 18,160 | 550,883 |
| 4. | Other Receipts (See MOR-3) | 94,048 | 3,600,627 |
| 5. | Independent Economic Units - Parishes | 1,700,047 (B) | 27,444,801 |
| 6. | Independent Economic Units - Schools | 4,363,449 (C) | 17,353,370 |
|    | TOTAL MONTHLY RECEIPTS | 6,175,705 | 48,949,682 |
| B. | TOTAL CASH AVAILABLE FOR OPERATIONS | 15,422,152 | 58,415,559 |
| C. | DISBURSEMENT |   |   |
| 1. | Net Payroll | 108,824 | 2,086,908 |
| 2. | Payroll Taxes Paid | 23,826 | 434,140 |
| 3. | Sales and Use Taxes | - | - |
| 4. | Other Taxes | - | 93,775 |
| 5. | Rent | - | 18,179 |
| 6. | Other Leases (Attach details) | 774 | 14,245 |
| 7. | Telephone | 3,516 | 103,227 |
| 8. | Utilities | 9,876 | 184,398 |
| 9. | Travel and Transportation | - | 5,269 |
| 10. | Vehicle Expenses | 1,574 | 28,951 |
| 11. | Office Supplies | 10,212 | 121,391 |
| 12. | Advertising | - | 16,955 |
| 13. | Insurance (s) | 33,144 | 1,590,226 |
| 14. | Other Supplies | 17,780 | 1,034,600 |
| 15. | Repairs and Maintenance | 3,635 | 90,814 |
| 16. | Payment to Secured Creditors (Business loans) | 2,598 | 52,241 |
| 17. | Other Expenses (Attach detail) | 27,839 | 1,767,903 |
| 18. | Independent Economic Units - Parishes | 1,483,487 (B) | 23,847,048 |
| 19. | Independent Economic Units - Schools | 3,446,838 (C) | 16,677,059 |
| D. | TOTAL CASH DISBURSEMENT | 5,173,923 | 48,167,329 |
| E. | ENDING CASH BALANCE | $ 10,248,229 (D) | $ 10,248,229 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

_____
Signature of representative in charge

March 3, 2020
Date

# COMBINED MONTHLY OPERATING REPORT OF ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO, DIOCESIS FAJARDO AND HUMACAO AND DIOCESIS DE CAGUAS
## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

A) This amount included $5,442,648, of Arquidiócesis de San Juan, $621,543 of Fajardo and Humacao and $3,182,257 of Caguas. All balances included their respective Schools and Parishes, net of interrelated transactions.

B) Refer to Attachments. This amount represents the cash receipts from Parishes' operations net of interrelated transactions.

C) Refer to Attachments. This amount represents the cash receipts from Schools' operations net of interrelated transactions.

D) This amount included $6,187,786, of Arquidiócesis de San Juan, $622,455 of Fajardo and Humacao and $3,437,988 of Caguas. All balances included their respective Schools and Parishes, net of interrelated transactions.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO }
} CASE NO.: 18-04911 EAG11
Debtor }
} CHAPTER 11

Monthly Financial Report for Archidiocese

FOR THE PERIOD BEGINNING ____JANUARY 1, 2020____ AND ENDING ____JANUARY 31, 2020____

All items must be answered or if any of the items listed do not apply, answer "none" or "N/A"

|     |                                               | CURRENT MONTH      |          | CUMMULATIVE PETITION TO DATE |
|-----|-----------------------------------------------|--------------------|----------|------------------------------|
| A.  | CASH AT BEGINNING OF PERIOD                   | $ 5,442,648        | (Note A) | $ 5,469,389                  |
|     | RECEIPTS:                                     |                    |          |                              |
| 1.  | Cash Income                                   | -                  |          | -                            |
| 2.  | Collection on A/R                             | 18,160             | (Note B) | 550,883                      |
| 4.  | Other Receipts (See MOR-3)                    | 16,463             |          | 1,188,336                    |
| 5.  | Independent Economic Units - Parishes         | 1,047,832          | (Note C) | 15,855,022                   |
| 6.  | Independent Economic Units - Schools          | 3,866,667          | (Note D) | 12,746,019                   |
|     | TOTAL MONTHLY RECEIPTS                        | 4,949,122          |          | 30,340,260                   |
| B.  | TOTAL CASH AVAILABLE FOR OPERATIONS           | 10,391,770         |          | 35,809,649                   |
| C.  | DISBURSEMENT                                  |                    |          |                              |
| 1.  | Net Payroll                                   | 83,541             |          | 1,696,338                    |
| 2.  | Payroll Taxes Paid                            | 13,478             |          | 346,344                      |
| 3.  | Sales and Use Taxes                           | -                  |          | -                            |
| 4.  | Other Taxes                                   | -                  |          | 83,518                       |
| 5.  | Rent                                          | -                  |          | 15,750                       |
| 6.  | Other Leases (Attach details)                 | -                  |          | 607                          |
| 7.  | Telephone                                     | 3,516              |          | 96,280                       |
| 8.  | Utilities                                     | 3,052              |          | 109,767                      |
| 9.  | Travel and Transportation                     | -                  |          | 5,269                        |
| 10. | Vehicle Expenses                              | 1,574              |          | 15,884                       |
| 11. | Office Supplies                               | 10,212             |          | 80,378                       |
| 12. | Advertising                                   | -                  |          | -                            |
| 13. | Insurance (s)                                 | 17,474             |          | 1,129,850                    |
| 14. | Other Supplies                                | 16,365             |          | 974,761                      |
| 15. | Repairs and Maintenance                       | 1,751              |          | 41,882                       |
| 16. | Payment to Secured Creditors (Business loans) | -                  | (Note E) | -                            |
| 17. | Other Expenses (Attach detail)                | 7,469              |          | 914,903                      |
| 18. | Independent Economic Units - Parishes         | 851,214            | (Note F) | 11,824,731                   |
| 19. | Independent Economic Units - Schools          | 3,194,339          | (Note G) | 12,285,602                   |
| D.  | TOTAL CASH DISBURSEMENT                       | 4,203,984          |          | 29,621,863                   |
| E.  | ENDING CASH BALANCE                           | $ 6,187,786        | (Note I) | $ 6,187,786                  |

I declare under penalty of perjury that this statement and the accompanying documents and reports are
true and correct to the best of my knowledge and belief.

_____                                            March 3, 2020
Signature of representative in charge                                         Date

MOR-2

**AMENDED SCHEDULE OF RECEIPTS AND DISBURSEMENTS**
**FOR THE PERIOD BEGINNING: 01/01/2020 AND ENDING0 01/31/2020**

NAME OF DEBTOR: ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO  
OPERATING REPORT OF DIOCESIS DE FAJARDO-HUMACAO  
DATE OF PETITION: 09-07-2018

CASE NO: 18-04911 EAG

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE |
|---|---|---|---|
| **FUNDS AT BEGINNING OF PERIOD** | $ 621,542.59 | Note 1 | $ 693,639.95 |
| **RECEIPTS** | | | |
| Cash Collections | - | | - |
| Independent Economic Units- Parishes | 195,944.62 | Note 2 | 4,200,602.47 |
| Independent Economic Units- Schools | 32,568.72 | Note 2 | 515,207.60 |
| Other Receipts (See MOR-3) | 26,994.36 | | 625,381.26 |
| **TOTAL RECEIPTS** | 255,507.70 | | 5,341,191.33 |
| **TOTAL FUNDS AVAILABLE FOR OPERATION** | $ 877,050.29 | | $ 6,034,831.28 |
| **DISBURSEMENTS** | | | |
| Clergy Subsidies | | | 600.00 |
| Bank Charges | 163.44 | | 939.53 |
| Contractor Labor | 2,045.35 | | 32,465.65 |
| Transfers to Parishes/Donations | | | 10,000.00 |
| Contribution to Semminars/ CEP | | | 825.00 |
| Insurance | | | 188,110.08 |
| Clergy Education | | | - |
| Leases | | | 801.28 |
| Manufacturing Supplies | | | - |
| Office/ Whse. Supplies | | | 12,397.32 |
| Payroll-Net | 9,990.77 | | 147,199.99 |
| Professional Fees | | | 81,327.61 |
| Rent | | | - |
| Repairs & Maintenance | 908.62 | | 10,509.64 |
| Secured Creditors Payments | | | - |
| Taxes Paid- Payroll | 4,820.59 | | 27,098.88 |
| Taxes Paid- IVU | | | - |
| Taxes Paid - Other | | | - |
| Telephone | | | 6,590.52 |
| Travel and Entretainment | | | - |
| US Trustee Quarterly Fee | | | 12,707.06 |
| Utilities | 1,296.32 | | 14,968.57 |
| Vehicle expenses | | | 7,274.67 |
| Independent Economic Units- Parishes | 211,713.71 | Note 2 | 4,062,786.37 |
| Independent Economic Units- Schools | 19,603.13 | Note 2 | 540,235.52 |
| Other Operating Expenses (Attach List) | 4,053.21 | | 255,538.44 |
| **TOTAL CASH DISBURSEMENTS** | 254,595.14 | | 5,412,376.13 |
| **ENDING BALANCE** | $ 622,455.15 | Note 3 | $ 622,455.15 |

I declare under penalty of perjury that this statement and the accompanying documents and report are true and correct to best of my knowledge and belief and available data from the schools and central accounts which are based on reasonable estimates subject to amendments in next operating reports.

This 2 day of MARCH, 2020

/S/ Padre Victor Santiago, Vicario general  
/S/ Padre Roberto Medina

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING: 01/01/2020 AND ENDING 01/31/2020

NAME OF DEBTOR: ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO
OPERATING REPORT OF DIOCESIS DE CAGUAS
DATE OF PETITION: 09-07-2018

CASE NO: 18-04911 EAG

| | CURRENT MONTH | | CUMULATIVE PETITION TO DATE |
|---|---:|---|---:|
| FUNDS AT BEGINNING OF PERIOD | $ 3,182,257.06 | Note 1 | $ 3,302,848.99 |
| RECEIPTS | | | |
| Cash Collections | - | | - |
| Independent Economic Units- Parishes | 456,270.62 | Note 2 | 7,728,357.20 |
| Independent Economic Units- Schools | 464,213.64 | Note 2 | 4,265,894.22 |
| Other Receipts (See MOR-3) | 50,590.76 | | 1,341,179.32 |
| TOTAL RECEIPTS | 971,075.02 | | 13,335,430.74 |
| TOTAL FUNDS AVAILABLE FOR OPERATION | $ 4,153,332.08 | | $ 16,638,279.73 |
| DISBURSEMENTS | | | |
| Clergy Subsidies | | | 48,201.14 |
| Bank Charges | | | 235.66 |
| Contractor Labor | 500.00 | | 84,210.82 |
| Transfers to Parishes | | | 26,041.56 |
| Diocesis Activities | 600.00 | | 38,376.12 |
| Contribution to Semminars | 10,360.00 | | 164,071.59 |
| Insurance | 15,670.44 | | 289,224.11 |
| Clergy Education | | | 13,368.24 |
| Leases | 774.20 | | 16,249.22 |
| Office/ Whse. Supplies | 1,415.38 | | 36,493.90 |
| Payroll-Net | 15,292.97 | | 203,742.68 |
| Professional Fees | | | 88,077.51 |
| Rent | | | - |
| Repairs & Maintenance | 975.11 | | 38,422.75 |
| Secured Creditors Payments | 2,597.61 | | 52,239.19 |
| Taxes Paid- Payroll | 4,980.54 | | 60,035.36 |
| Taxes Paid- IVU | | | - |
| Taxes Paid - Other | 546.12 | | 10,915.76 |
| Assestmets and CEP | 2,000.00 | | 14,950.88 |
| US Trustee Quarterly Fee | | | 42,352.88 |
| Utilities | 5,527.55 | | 64,177.67 |
| Vehicle expenses | | | 1,635.25 |
| Independent Economic Units- Parishes | 420,560.01 | Note 2 | 8,026,730.87 |
| Independent Economic Units- Schools | 232,896.12 | Note 2 | 3,851,219.11 |
| Other Operating Expenses (Attach List) | 648.48 | | 29,319.91 |
| TOTAL CASH DISBURSEMENT | 715,344.53 | | 13,200,292.18 |
| ENDING BALANCE | $ 3,437,987.55 | Note 3 | $ 3,437,987.55 |

I declare under penalty of perjury that this statement and the accompanying documents and report are true and correct to best of my knowledge and belief.
This 2 day of MARCH, 2020.

/S/ /S/ Padre Miguel de Angel

Note : Refer to attachment 8 for explanation of Notes

MOR 2