IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**ARQUIDIOCESIS DE SAN JUAN DE PUERTO RICO**<br><br>DEBTOR | CASE No. 18-04911 (EAG)<br><br>CHAPTER 11 |

**MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR THE
DIOCESE OF CAGUAS AND DIOCESE OF FAJARDO-HUMACAO**

**TO THE HONORABLE COURT:**

**COMES NOW**, Mary Ann Gandia-Fabian, co-counsel, and very respectfully STATES and PRAYS:

1. This case commenced with the filing of a Chapter 11 petition under the Bankruptcy Code on August 29, 2018. Dkt.1.

2. On September 21, 2018, an application for employment of co-counsel for the Diocese of Caguas and the Diocese of Fajardo-Humacao was filed by Debtor. Dkt. 61.

3. The application for employment was granted by the Honorable Court on November 8, 2018. Dkt. 125.

4. Co-counsel wishes to withdraw as co-counsel in the case for both Dioceses. Mons. Eusebio Ramos Morales, Bishop, has been informed of the request to withdraw as co-counsel.

5.  We certify having informed Monsignor Eusebio Ramos Morales of the status of the case and the matters still pending resolution.

1

6. We have also informed about the need to hire new counsel.

7. The addresses of the Diocese of Caguas and the Diocese of Fajardo-Humacao are as follows:

    a. Mons. Eusebio Ramos Morales, Bishop, HC 04 Box 44015, Caguas, Puerto Rico 00727-9639.

    b. Father Miguel De Angel Ramirez, Vicario de Administracion for the Diocese of Caguas, HC 04 Box 44015, Caguas, Puerto Rico 00727-9639.

    c. Father Victor Ramon Santiago Mateo, Vicario General for the Diocese of Fajardo-Humacao, PO Box 888, Fajardo, Puerto Rico 00738-0888.

    d. Father Robert B. Medina Radesco, Diocese of Fajardo-Humacao, PO Box 888, Fajardo, Puerto Rico 00738-0888.

8. It is hereby requested that the pending matters and/or hearings be extended for an additional thirty (30) days to allow the Dioceses to obtain new counsel.

**WHEREFORE,** it is respectfully requested from this Honorable Court to grant the present motion to withdraw as co-counsel in the case.

**RESPECTFULLY SUBMITTED.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Court using the CM/ECF system, which will send notification of such filing to the parties appearing in said system, including the Assistant US Trustee, Monsita Lecaroz, Esq., and by first class mail to:

  a. Eusebio Ramos Morales, Bishop, HC 04 Box 44015, Caguas, Puerto Rico 00727-9639.

    b. Father Miguel De Angel Ramirez, Vicario de Administracion for the Diocese of Caguas, HC 04 Box 44015, Caguas, Puerto Rico 00727-9639.

    c. Father Victor Ramon Santiago Mateo, Vicario General for the Diocese of Fajardo-Humacao, PO Box 888, Fajardo, Puerto Rico 00738-0888.

    d. Father Robert B. Medina Radesco, Diocese of Fajardo-Humacao, PO Box 888, Fajardo, Puerto Rico 00738-0888.

    e. Mons. Roberto Gonzalez, Archbishop for the Archdiocese, PO Box 9021967, San Juan, Puerto Rico 00902.

In San Juan, Puerto Rico, this 15th day of April 2020.

*/s/ Mary Ann Gandía-Fabián*
***GANDIA FABIAN LAW OFFICE***
***USDC # 202610***
***PO BOX 270251***
***SAN JUAN, PR 00927***
*Tel: 787-390-7111*
*Fax: 787-729-2203*
*gandialaw@gmail.com*